THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: BFI Waste Systems of North America, Inc.

By: _Jo White_ (signature)

Printed Name: Jo Lynn White

Title: Corporate Secretary

Company: BFI Waste Systems of North America, Inc.

Address: 15880 N. Greenway-Hayden Loop, Suite 100, Scottsdale, AZ 85260

---

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Gary D. Justis
Title: Attorney
Company: Lathrop & Gage L.C.
Address: 10851 Mastin Blvd., Ste. 1000, Overland Park, KS 66210
Telephone Number: 913-451-5144
Facsimile Number: 913-451-0875
E-mail: gjustis@lathropgage.com

Name: BFINA
Title: Attn: Corporate Secretary
Company: BFI Waste Systems of North America, Inc.
Address: 15880 N. Greenway-Hayden Loop, Ste. 100, Scottsdale, AZ 85260
Telephone Number:
Facsimile Number:
E-mail:

Name: Eric Ballenger
Title: BFINA's Project Coordinator
Company: Allied Waste Industries, Inc.
Address: 26 W. 580 Schick Road, Hanover Park, Illinois 60133
Telephone Number: 630-894-9095
Facsimile Number: 630-894-9089
E-mail: Eric.Ballenger@awin.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Amerock Div. of Newell Operating Company (wholly-owned subsidiary of Newell Rubbermaid Inc.)

By: _D.L. Matschullat_ (signature)

Printed Name: Dale L. Matschullat

Title: Vice-President General Counsel

Company: Newell Rubbermaid Inc.

Address: 10B Glenlake Parkway Suite 600
Atlanta, Georgia 30328

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Lori A. Prokes
Title: Senior Regulatory Counsel
Company: Newell Rubbermaid Inc. [Amerock]
Address: 2707 Butterfield Road Suite 100
Telephone Number: 630-441-1664
Facsimile Number: 630-441-1699
E-mail: lori.prokes@newellco.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Apache Products Company

By: _(signature)_

Printed Name: Greg Thompson

Title: Chief Financial Officer

Company: Apache Products Company

Address: 107 Service Road

Anderson, SC 29625

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Greg Thompson
Title: Chief Financial Officer
Company: Apache Products Company
Address: 107 Service Road, Anderson, SC 29625
Telephone Number: 864-964-2741
Facsimile Number: 864-964-2721
E-mail: gjthompson@apacheproducts.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: SPS Technologies, LLC as successor-in-interest to The Arnold Engineering Company

By: Dennis R. Shea (signature)

Printed Name: Dennis R. Shea

Title: Director, Legal + Environmental Affairs

Company: SPS Technologies, LLC

Address: 301 Highland Ave., Jenkintown, PA 19046

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Steve Hackett
Title: President
Company: SPS Technologies, LLC
Address: 301 Highland Ave. Jenkintown, PA 19046
Telephone Number: 215-572-3775
Facsimile Number: 215-572-3790
E-mail: n/a

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant:  Beatrice Company; Wright & Wagner Dairy

By: _Ken Anderson_ _____ (signature)

Printed Name: Ken Anderson

Title: Controller, Beatrice Company

Company: Beatrice Company

Address: PO Box 3010

St. Charles, IL 60174

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Ken Anderson
Title: Controller
Company: Beatrice Company
Address: PO Box 3010, St. Charles, IL 60174
Telephone Number: 630-857-1453
Facsimile Number: 630-857-1472
E-mail: kennth.andersonjr@conagrafoods.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

CherryVale Shopping Center

Name of Settling Defendant: C.V. Investments (JG Cherryvale Ltd., Jacobs Realty Investors LP, The Richard E. Jacobs Group, Inc., Jacobs Group Management Co., Inc.)

By: _Judson E. Smith_ (signature)

Printed Name: Judson E. Smith

Title: Executive Vice President

Company: C. V. Investments, by JG Cherryvale Ltd., its General Partner
Owner,

Address: 25425 Center Ridge Road

Westlake, Ohio 44145

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Curtis D. Worden, Esq.
Title: Registered Agent
Company: Oliver Close Worden Winkler & Greenwald
Address: 124 North Water Street, Rockford, IL 61107
Telephone Number: 815/968-7591
Facsimile Number: 815/968-7507
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant:   SUPERVALU INC., f/k/a SuperValu Stores, Inc.,

d/b/a Cub Foods

By: _____ (signature)

Printed Name:              Stephen P. Kilgriff

Title:                   Vice President

Company:            SUPERVALU INC.

Address:             11840 Valley View Road

                       Eden Prairie, MN 55344

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _____

Title: _____

Company:   CT Corporation System

Address:    208 South LaSalle Street; Chicago, IL 60604

Telephone Number:  (312) 263-1414

Facsimile Number: _____

E-mail: _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _____ DaimlerChrysler Corporation _____

By: _____ (signature)

Printed Name: _____ Gregory M. Rose _____

Title: _____ Senior Manager, Regulatory Affairs _____

Company: _____ DaimlerChrysler Corporation _____

Address: _____ 800 Chrysler Drive, CIMS 482-00-51 _____

_____ Auburn Hills, MI  48326 _____

**Agent Authorized to Accept Service on Behalf of Above-Signed Party:**

Name: _____ Kathleen M. Hennessey _____

Title: _____ Senior Staff Counsel _____

Company: _____ DaimlerChrysler Corporation _____

Address: _____ 1000 Chrysler Drive, CIMS 485-13-62 _____ Auburn Hills, MI 48326

Telephone Number: _____ 248/512.4116 _____

Facsimile Number: _____ 248/512.4196 _____

E-mail: _____ kmh17@dcx.com _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _Dana Corporation on behalf of_
_Warner Electric Brake & Clutch_

By: _Lisa Wurster_ (signature)

Printed Name: _Lisa Wurster_

Title: _Managing Attorney_

Company: _Dana Corporation_

Address: _4500 Dorr Street_
_Toledo, Ohio 43615_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _As above_
Title:
Company:
Address:
Telephone Number:
Facsimile Number:
E-mail:

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _Hormel Foods Corporation_

By: _(signature)_

Printed Name: _James W. Cavanaugh_

Title: _Senior VP and General Counsel_

Company: _Hormel Foods Corporation_

Address: _1 Hormel Place_

_Austin, MN 55912_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Bruce C. Spitzer
Title: Attorney
Company: Metge, Spitzer & Kreid
Address: 30 W. Monroe, Suite 630, Chicago, IL 60603
Telephone Number: (312) 580-1710
Facsimile Number: (312) 580-1711
E-mail: bcspitzer @ msklaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: *Illinois WATER TREATMENT, Inc. (IWT)*

Now Known as *Process WATER SYSTEMS, Inc.*

By: *John C Coyne*                                          (signature)

Printed Name: *JOHN C COYNE*

Title: *DIRECTOR - Environmental Affairs*

Company: *PROCESS WATER SYSTEMS, Inc.*

Address: *14950 Heathrow Forest Parkway, Suite 200*
*Houston, TX 77032*

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: *CT CORPORATION*
Title:
Company:
Address: *1021 MAIN STREET Suite 1150, Houston, TX 77002*
Telephone Number: *713 759 0729*
Facsimile Number: *713 759 1950*
E-mail:

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _Invensys Building Systems Inc._

By:_____ (signature)

Printed Name:_____Timothy J. Dolan_____

Title:_____VP_____

Company:_____Invensys Building Systems Inc_____

Address:_____1701 Byrd Ave_____
_____Richmond VA 23230_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:_____Timothy J. Dolan_____
Title:_____VP_____
Company:_____Invensys Building Systems Inc_____
Address:_____1701 Byrd Ave., Richmond VA 23230_____
Telephone Number:_____804-756-6519_____
Facsimile Number:_____804-756-6535_____
E-mail:_____Tim.dolan@invensysclimate.com_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: ___Kmart Corporation_____

By: _____ (signature)

Printed Name:___Robert W. Rathke_____

Title:_____Vice President, Commercial Transactions, Legal_____

Company:_____Kmart Corporation_____

Address:_____3333 Beverly Road, B6-301A, Hoffman Estates, IL 60179_____

---

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:_____

Title:_____

Company:_____

Address:_____

Telephone Number:_____

Facsimile Number:_____

E-mail:_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant:   Schnuck Markets, Inc. d/b/a Logli Food Stores


By: _Robert F. Wiegert_ (signature)

Printed Name:   Robert F. Wiegert

Title:   Associate General Counsel

Company:   Schnuck Markets, Inc.

Address:   11420 Lackland Road

St. Louis, MO   63146


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _____

Title: _____

Company: _____

Address: _____

Telephone Number: _____

Facsimile Number: _____

E-mail: _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Lucky Stores, Inc. (Albertson's, Inc.)

By: _Ronald T Mendes_ (signature)

Printed Name: Ronald T. Mendes

Title: Vice President, Pharmacy Law & Compliance

Company: Albertson's, Inc.

Address: 250 Parkcenter Blvd.

Boise, Idaho 83726

### Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Corporation Service Company
Title:
Company: Corporation Service Company
Address: 801 Adlai Stevenson Dr., Springfield, IL 62703
Telephone Number: 800-877-2556
Facsimile Number: 217-544-4657
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWayne Landfill Superfund Site.


Name of Settling Defendant: Marengo Disposal

By:

Printed Name:            Keith G. Carlson

Title:                   Attorney

Company:                 Marengo Disposal

Address:                 c/o Carlson Law Offices
                         218 N Jefferson Street, Suite 101
                         Chicago, IL 60601

Agent Authorized to Accept Service on Behalf of Above Signed Party:

Name:                    Wayne A. Bolgla
Title:                   Claims Supervisor
Company:                 Country Mutual Insurance Company
Address:                 1701 Towanda Avenue, Bloomington, IL
Telephone Number:        312-821-5181
Facsimile Number:        312-821-5218
E-mail:                  wayne.bolgla@countryfinancial.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Millmaster Onyx Group, L.P.

By Millmaster Onyx Group, Inc. General Partner

By: _____ (signature)

Printed Name: Michael J. Foster

Title: President

Company: c/o RFE Investment Partners

Address: 36 Grove Street

New Canaan, CT 06840

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Donald A. Herner, Esq.
Title: Partner
Company: Herner & Gilbert, LLP
Address: 4 Landmark Square, Stamford, CT 06901
Telephone Number: (203) 975-8818
Facsimile Number: (203) 975-8815
E-mail: herner@hernergilbert.com

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _Pepsi-Cola General Bottlers, Inc._

By: _W. Scott N_ _____ (signature)

Printed Name: _W. Scott Nehs_

Title: _Vice President_

Company: _Pepsi-Cola General Bottlers, Inc._

Address: _1475 E. Woodfield Rd._

_Schaumburg, IL 60173_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _Same as above_

Title: _____

Company: _N/A_

Address: _____

Telephone Number: _847. 598. 3000_

Facsimile Number: _847. 598. 9248_

E-mail: _scott.nehs@pepsiamericas.com_

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Metromedia Steakhouses Company, L.P.

d/b/a Ponderosa Steakhouse

By: _Gary L. Schneider_ (signature)

Printed Name: Gary L. Schneider

Title: President

Company: Metromedia Steakhouses Company, L.P.

Address: 6500 International Parkway

Plano, TX 75093

**Agent Authorized to Accept Service on Behalf of Above-Signed Party:**

Name: The Prentice Hall Corporation System, Inc.
Title:
Company: The Prentice Hall Corporation System, Inc.
Address: 33 North LaSalle Street, Chicago, IL 60602
Telephone Number: 800-532-4875
Facsimile Number: 916-563-2121
E-mail: jsuarez@cscinfo.com

APPROVED AS TO
LEGAL FORM

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: SENECA FOODS CORPORATION

By: _Phil D Paras_ (signature)

Printed Name: PHILIP G PARAS

Title: CFO

Company: SENECA FOODS CORPORATION

Address: 3736 SOUTH MAIN STREET
MARION, NY 14505

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _____
Title: _____
Company: _____
Address: _____
Telephone Number: _____
Facsimile Number: _____
E-mail: _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _____

_____

By: _____ (signature)

Printed Name: _____John L. Hammond_____

Title: _Vice President, Secretary & General Counsel_____

Company: _Sensient Technologies Corporation_____

Address: ____777 East Wisconsin Avenue____11th Floor_____

_____Milwaukee, WI  53202-5304_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _____John L. Hammond_____

Title: _Vice President, Secretary & General Counsel_____

Company: _Sensient Technologies Corporation_____

Address: __777 E. Wisconsin Ave.___11th Floor Milwaukee, WI___53202-5304

Telephone Number: _414-271-6755_____

Facsimile Number: __414-347-4794_____

E-mail: _Jack.Hammond@sensient-tech.com_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Simon Property Group, L.P. on its own behalf and for Simon Property Group (Illinois), L.P.

By: Simon Property Group, Inc.

By: _____ (signature)

Printed Name: James M. Barkley

Title: Secretary

Company: Simon Property Group, Inc.

Address: 115 West Washington Street

_____ Indianapolis, IN 46204

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: CT Corporation System
Title:
Company: CT Corporation System
Address: 1209 Orange Street Wilmington, DE 19801
Telephone Number: 1-800-925-7562
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _SONOCO PRODUCTS COMPANY_

By: _Robert L Powell_ (signature)

Printed Name: _ROBERT L. POWELL_

Title: _DIRECTOR, RISK MANAGEMENT_

Company: _SONOCO PRODUCTS COMPANY_

Address: _NORTH SECOND STREET_

_HARTSVILLE, SC 29550_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _ROBERT L. POWELL_

Title: _DIRECTOR, RISK MANAGEMENT_

Company: _SONOCO PRODUCTS COMPANY_

Address: _NORTH SECOND STREET HARTSVILLE, SC 29550_

Telephone Number: _843 383 7435_

Facsimile Number: _843 383 7825_

E-mail: _bob.powell@sonoco.com_

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _____ STATE LINE FOUNDRIES, INC. _____

By: _____ (signature)

Printed Name: _____ Todd A. Ramlow _____

Title: _____ Attorney _____

Company: _____ Brassfield, Krueger & Ramlow, Ltd. _____

Address: _____ 1491 S. Bell School Road _____

_____ Rockford, Illinois 61108 _____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Todd A. Ramlow

Title: Attorney

Company: Brassfield, Krueger & Ramlow, Ltd.

Address: 1491 S. Bell School Road

Telephone Number: (815) 398-9700

Facsimile Number: (815) 398-2224

E-mail: Tramlow@bkr-law.com

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: International Ingredient Corporation

By: _James E. Sullivan_ (signature)

Printed Name: James E. Sullivan

Title: President

Company: International Ingredient Corporation

Address: P.O. Box 26377, 150 Larkin Williams Industrial Ct.

St. Louis, MO 63026-0377

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Clayton Brown
Title: President
Company: International Group
Address: 150 Larkin Williams Industrial Ct.
Telephone Number: 636-343-4111
Facsimile Number: 636-349-4845
E-mail: cbrown@ifpc.com

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Taylor Freezer Company (Carrier Commercial

Refrigeration, Inc. 49.7% share)

By: _W.F. Leik_ (signature)

Printed Name: William F. Leikin

Title: Attorney in Fact

Company: Carrier Commercial Refrigeration, Inc.

Address: 9300 Harris Corners Parkway, Suite 200

Charlotte, NC 28269

### Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _____

Title: _____

Company: CT Corporation System

Address: 225 Hillsborough Street, Raleigh, NC 27603

Telephone Number: (919) 821-7139

Facsimile Number: (919) 821-7253

E-mail: _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: <u>Taylor Freezer Company (Beatrice Company 50.3% share</u>)

By: _Ken Anderson_____ (signature)

Printed Name:_ Ken Anderson _____

Title:_ Controller, Beatrice Company _____

Company:_ Beatrice Company _____

Address:_ PO Box 3010 _____

St. Charles, IL  60174

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:__ Ken Anderson _____
Title:__ Controller _____
Company:_ Beatrice Company _____
Address:__ PO Box 3010, St. Charles, IL  60174 __
Telephone Number:_ 630-857-1453 _____
Facsimile Number:__ 630-857-1472 _____
E-mail:_ kenneth.andersonjr@conagrafoods.com __

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Textron Inc., Textron Greenlee Inc.,

and affiliated companies

By: _____ (signature)

Printed Name: Jamieson M. Schiff

Title: Assistant General Counsel

Company: Textron Inc.

Address: 40 Westminster Street

Providence,RI 02903

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Patricia Bisshopp

Title: Environmental Speacialist

Company Textron Inc.

Address: 40 Westminster St., Providence, RI 02903

Telephone Number: 401 457 - 2245

Facsimile Number: 401 457 - 2460

E-mail: pbisshopp@textron.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: ___Twin Disc, Incorporated_____

By: ____[signature]_____ (signature)

Printed Name: _____Christopher J. Eperjesy_____

Title: ___Vice President – Finance, Treasurer and Chief Financial Officer___

Company: _____Twin Disc, Incorporated_____

Address: _____1328 Racine Street, Racine, WI  53403_____

_____


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: ___David J. Edquist, Esq._____
Title: ___Attorney_____
Company: __von Briesen & Roper, s.c._____
Address: _411 East Wisconsin Ave., Milwaukee, WI  53202
Telephone Number: ___414-287-1372_____
Facsimile Number: ___414-276-6281_____
E-mail: __dedquist@vonbriesen.com_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant:   The Valspar Corporation (McWhorter, Inc.)

By: _____ (signature)

Printed Name:   Ronda Bayer

Title:   Associate General Counsel

Company:   The Valspar Corporation

Address:   1101 South 3rd Street

_____   Minneapolis, MN 55415

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:  Ronda Bayer

Title:   Associate General Counsel

Company:  The Valspar Corporation

Address:  1101 S. 3rd St., Minneapolis, MN 55415

Telephone Number:   612-375-7306

Facsimile Number:   612-375-7313

E-mail:   rbayer@valspar.com

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Varco Pruden

By: _Thomas M. Hoban_ (signature)

Printed Name: THOMAS M. HOBAN

Title: Attorney for Varco Pruden

Company: Calfee, Halten & Griswold, LLP

Address: 800 Superior Avenue, Ste. 1400
Cleveland, OH 44114

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: JOHN M. BURTIS
Title: Director, Claims & Litigation
Company: SPX CORPORATION
Address: 13515 Ballantyne Corporate Place, Charlotte, NC 28277
Telephone Number: 704-752-4423
Facsimile Number: 704-752-7436
E-mail: John.Burtis@spx.com

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Warner-Lambert Company

By: Atiba D. Adams (signature)

Printed Name: Atiba D. Adams

Title: Senior Corporate Counsel - Litigation

Company: Warner-Lambert Company / Pfizer Inc

Address: 235 E. 42nd St., New York, NY 10017

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:_____

Title:_____

Company: CT Corporation System

Address: 208 S. LaSalle, Suite 814

Telephone Number: Chicago, Illinois 60604

Facsimile Number:_____

E-mail:_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _____ Wisconsin Power and Light Company _____

By: _____ (signature)

Printed Name: _____ Barbara J. Swan _____

Title: _____ President _____

Company: _____ Wisconsin Power and Light Company _____

Address: _____ 4902 N. Biltmore Lane _____

_____ Madison, WI 53718 _____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _____ Daniel L. Siegfried _____
Title: _____ Senior Counsel _____
Company: _ Alliant Energy Corporate Services, Inc.
Address: ___ 200 First Street SE, Cedar Rapids, IA 52401-1409
Telephone Number: 319-786-4686 _____
Facsimile Number: _ 319-786-4533 _____
E-mail: ____ dansiegfried@alliantenergy.com _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _____ W.R. Meadows, Inc. _____

By: _____ *D E Knapp* _____ (signature)

Printed Name: ___ Donald E. Knapp _____

Title: _____ President _____

Company: ___ W.R. Meadows, Inc. _____

Address: ___ P.O. Box 338
___ 300 Industrial Drive _____

___ Hampshire, IL 60140 _____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: ___ Kenneth Anspach _____

Title: ___ Attorney _____

Company: ___ Anspach & Associates _____

Address: ___ 8 South Michigan Avenue, Suite 3400, Chicago, IL 60603

Telephone Number: ___ 312 407 7888 _____

Facsimile Number: ___ 312 372 3206 _____

E-mail: ___ kennethanspach@yahoo.com _____

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: United Technologies Corporation

By: _W. F. Leikin_ (signature)

Printed Name: W. F. Leikin

Title: Assistant General Counsel

Company: United Technologies Corporation

Address: One Financial Plaza, M/S 524

Hartford CT 06101

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Kathleen M. McFadden
Title: Counsel
Company: United Technologies Corporation
Address: United Technologies Building, Hartford, CT 06101
Telephone Number: 860-728-7895
Facsimile Number: 860-660-0301
E-mail: kathleen.mcfadden@utc.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: ___Ecolab Inc._____

By: _____ (signature)

Printed Name:___Lawrence T. Bell_____

Title:_____Senior Vice President, General Counsel & Secretary_____

Company:_____Ecolab Inc._____

Address:_____370 Wabasha Street North_____

_____St. Paul, MN  55102_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:___Frederick (Rick) Mueller_____
Title:____Attorney_____
Company:__Johnson & Bell, Ltd._____
Address:___55 East Monroe Street_____
Telephone Number:___312/984-0281_____
Facsimile Number:____312/372-9818_____
E-mail:___muellerf@jbltd.com_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: UDL Laboratories, Inc.

By: _Vincent Mancinelli II_ (signature)

Printed Name: Vincent Mancinelli

Title: Vice President and General Manager

Company: UDL Laboratories, Inc.

Address: 1718 Northrock Court, Rockford, IL 61103



Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Mr. Vincent Mancinelli
Title: Vice President and General Counsel Manager
Company: UDL Laboratories, Inc.
Address: 1718 Northrock Court, Rockford, IL 61103
Telephone Number: _____
Facsimile Number: _____
E-mail: _____

Name: Chief Legal Officer
Title: _____
Company: Mylan Laboratories, Inc.
Address: 1500 Corporate Drive, Ste. 400, Canonsburg, PA 15317
Telephone Number: _____
Facsimile Number: _____
E-mail: _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Continental Envelope Corp.

By: _Fred Margulies_ (signature)

Printed Name: Fred Margulies

Title: President

Company: Continental Envelope Corp.

Address: 1700 Averill Road, Geneva, IL 60134

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Barbara Magel, Esq.
Title:
Company: Karaganis, White & Magel, Ltd.
Address: 414 North Orleans Street, Ste. 810, Chicago, IL 60610
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Atwood Mobile Products

By: _____ (signature)

Printed Name: Glenn Dong

Title: Treasurer

Company: Atwood Mobile Products/The Creation Group

Address: 2791 Research Drive, Rochester Hills, MI 48309

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Martha R. Moyer
Title: Corporate Counsel
Company: Dura Automotive Systems, Inc., Atwood Mobile Products / The Creation Group
Address: 2791 Research Drive, Rochester Hills, MI 48309
Telephone Number: 248 299-7226
Facsimile Number: 248 299-7518
E-mail: moyer.m@duraauto.com

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Chemtura Corporation _____

_____

By: _____ (signature)

Printed Name: Lynn Schefsky, Esq. _____

Title: Senior Vice President / General Counsel _____

Company: Chemtura Corporation _____

Address: 199 Benson Road, Middlebury, CT  06749 _____

_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Lynn Schefsky, Esq. _____
Title: Senior Vice President / General Counsel _____
Company: Chemtura Corporation _____
Address: 199 Benson Road, Middlebury, CT  06749 _____
Telephone Number: (203) 573-3300 _____
Facsimile Number: (203) 573-3118 _____
E-mail: _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Eclipse, Inc.

By: _____ (signature)

Printed Name: _____Gregory B. Bubp_____

Title: ____Vice President / Chief Financial Officer____

Company: ____Eclipse Inc._____

Address: ____1665 Elmwood Rd._____

____Rockford IL 61103_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Charles F. Helsten, Esq.
Title:
Company: Hinshaw & Culbertson
Address: 220 E. State St., P.O. Box 1389, Rockford, IL 61105-1389
Telephone Number: 815-963-8488
Facsimile Number: 815-965-9529
E-mail: chelsten@hinshawlaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: <u>Atwood CTP, Inc.</u>

By: <u>Bruce J. Atwood</u> (signature)

Printed Name: <u>Bruce T. Atwood</u>

Title: <u>President</u>

Company: <u>Atwood CTP, Inc.</u>

Address: <u>P.O. Box 7327</u>

<u>Rockford IL 61126</u>

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: <u>Charles F. Helsten, Esq.</u>
Title: 
Company: <u>Hinshaw & Culbertson</u>
Address: <u>220 E. State St., P.O. Box 1389, Rockford, IL  61105-1389</u>
Telephone Number: <u>815-963-8488</u>
Facsimile Number: <u>815-965-9529</u>
E-mail: <u>chelsten@hinshawlaw.com</u>

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Beloit Memorial Hospital          11/1/05

By: _David C. Boler_ (signature)

Printed Name: _David A. Boler_

Title: _Vice President_

Company: _Beloit memorial Hospital_

Address: _1969 West Hart Road_
_Beloit, WI 53511_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Michael P. Carlton, Esq.
Title:
Company: von Briesen & Rober, S.C.
Address: 411 E. Wisconsin Ave., Ste. 700, Milwaukee, WI 53201-3262
Telephone Number: 414-287-1217
Facsimile Number: 414-276-6281
E-mail: mcarlton@vonbriesen.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _Benson Pump Company_

By: X _(signature)_

Printed Name: _John S. Man_

Title: _Chairman_

Company: _Benson Pump Company_

Address: _c/o 207 N. Michigan Ave, #202_
_Howell, MI 48843_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _Glenn Matecun_
Title: _Attorney_
Company: _The Pizer Law Firm, PC_
Address: _207 N. Michigan Ave. #202, Howell, MI 48843_
Telephone Number: _(517) 548-1440_
Facsimile Number: _(517) 548-1983_
E-mail: _gmat43@ameritech.net_

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et. al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Hondo Incorporated d/b/a Coca-Cola Bottling Company, Inc..

By: _____ (signature)

Printed Name: William T. Plybon, Esq.

Title: Vice-President

Company: Hondo Incorporated d/b/a Coca-Cola Bottling Company, Inc.

Address: 2500 Windy Ridge Parkway, Atlanta, GA 30339


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: William T. Plybon, Esq.
Title: Vice-President and Deputy General Counsel
Company: Coca-Cola Enterprises Inc.
Address: 2500 Windy Ridge Parkway, Atlanta, GA 30339
Telephone Number: 770-989-3141
Facsimile Number: 770-989-3619
E-mail: wplybon@na.cokecce.com


Name: Brian E. Humphrey, Esq.
Title: Attorney
Company: Miller & Martin PLLC
Address: 832 Georgia Avenue, Suite 1000, Chattanooga, TN 37402
Telephone Number: 423-785-8309
Facsimile Number: 423-321-1535
E-mail: bhumphrey@millermartin.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: J.W.L. Plaza d/b/a Elgin West Truck Stop

By: _Jerry Lindley_____ (signature)

Printed Name: Jerry Lindley

Title: President

Company: J.W.L. Plaza

Address: 9818 Fox Shores Drive, Algonquin, IL  60102

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: John J. Jawor
Title:
Company: JAWOR LAW FIRM
Address: 621 Goldenroad Drive, Ste. 500, Bolingbrook, IL  60440
Telephone Number: 630 - 783 - 8589
Facsimile Number: 630 - 783 - 8583
E-mail: JJJAWOR @ EARTHLINK.NET

Name: Jerry Lindley
Title: President
Company: J.W.L. Plaza
Address: 9818 Fox Shores Drive, Algonquin, IL  60102
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Wisconsin Knife Works, Inc.


By: _Linda H Biagioni_____(signature)

Printed Name: Linda H. Biagioni

Title: Vice President Environmental Affairs

Company: Black & Decker (U.S.) Inc.

Address:


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Marion Hwang
Title: Attorney
Company: Miles & Stockbridge
Address: 10 Light St., 12th Floor, Baltimore, MD 21202
Telephone Number: 410-385-3604
Facsimile Number: 301-662-3647
E-mail: mhwang@milesstockbridge.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Toys R Us

By: _Michael J Tumolo_ (signature)

Printed Name: Michael Tumolo

Title: Vice President – Real Estate Counsel

Company: Toys "R" Us, Inc.

Address: 1 Geoffrey Way, Wayne, NJ 07470

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Barbara Magel, Esq.
Title:
Company: Karaganis, White & Magel, Ltd.
Address: 414 North Orleans Street, Ste. 810, Chicago, IL 60610
Telephone Number:
Facsimile Number:
E-mail:

Name: Michael Tumolo
Title: Vice President – Real Estate Counsel
Company: Toys "R" Us, Inc.
Address: 1 Geoffrey Way, Wayne, NJ 07470
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: <u>D&M Plastics Corp.</u>

By: _Stephen A. Motisi_ (signature)

Printed Name: _Stephen A. Motisi_

Title: _President_

Company: _D&M Plastics Corporation_

Address: _150 French Road, PO Box 158_

_Burlington, IL 60109_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: <u>Leo M. Flanagan, Jr. Esq.</u>
Title:
Company: <u>Brittain & Ketcham, P.C.</u>
Address: <u>85 Market Street, Elgin, IL 60123</u>
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Rockford Systems, Inc.

By: _Richard M. Provi_ (signature)

Printed Name: _RICHARD M. PROVI_

Title: _SECY/TREAS_

Company: _ROCKFORD SYSTEMS, INC_

Address: _4620 HYDRAULIC Rd_
_ROCKFORD, IL 61109_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Donald Q. Manning, Esq.
Title:
Company: McGreevy Williams
Address: 6735 Vistagreen Way, P.O. Box 2903, Rockford, IL 61132
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Pierce Biotechnology, Inc.


By: _CTBudd_____ (signature)

Printed Name: Christopher T. Budde

Title: Vice President, Operations, Site Manager

Company: Pierce Biotechnology, Inc.

Address: 3747 N. Meridian Road, Rockford, IL  61101


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Tom Currier
Title: General Counsel
Company: Pierce Biotechnology, Inc.
Address: P.O. Box 117, Rockford, IL  61105
Telephone Number:
Facsimile Number:
E-mail:


Name: Michael H. Winek, Esq.
Title:
Company: Babst, Calland, Clements & Zomnir, P.C.
Address: Two Gateway Center, 8th Floor, Pittsburg, PA  15222
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Control Panels, Inc.

By: _David A. Adkins_ (signature)

Printed Name: David L. Adkins

Title: Vice-President

Company: Control Panels Inc.

Address: _____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _____
Title: _____
Company: _____
Address: _____
Telephone Number: _____
Facsimile Number: _____
E-mail: _____

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Bodycote Thermal Processing, Inc.

By: _____ _M. A. Wilton_____ (signature)

Printed Name: ____Martyn Wilton_____

Title: _____President_____

Company: Bodycote Thermal Processing, Inc.

Address: 5001 LBJ Freeway, Suite 800, Dallas, Texas, 75244-6120

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: ____Martyn Wilton_____
Title: ____President_____
Company: Bodycote Thermal Processing, Inc.
Address: 5001 LBJ Freeway, Suite 800, Dallas, TX 75244
Telephone Number:_____
Facsimile Number:_____
E-mail:_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Nelson Piping Co.

By: _____ (signature)

Printed Name: Lenny Hill

Title: President

Company: Nelson Piping Co.

Address: 1417 22nd Street, Rockford, IL  61110

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Timothy A. Miller
Title: _____
Company: Oliver, Close, Worden, Winkler & Greenwald, LLC
Address: 124 N. Water St., Ste. 300, PO Box 4749, Rockford, IL  61110
Telephone Number: _____
Facsimile Number: _____
E-mail: _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Earl Scheib, Inc.

By: _____ (signature)

Printed Name: _____Jack K. Minnihan_____

Title: _____Vice-President and Chief Financial Officer_____

Company: ____Earl Scheib, Inc._____

Address: ____15206 Ventura Blvd., Sherman Oaks, California 91403_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Stephen J. O'Neil
Title: Attorney
Company: Sheppard, Mullin, Richter & Hampton
Address: 333 S. Hope St., 48th Floor, Los Angeles, California 90071
Telephone Number: 213-617-4135
Facsimile Number:
E-mail: soneil@sheppardmullin.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Pacific Scientific Co.


By: _____ (signature)

Printed Name: Tim Harn

Title: Controller, Rockford Operations

Company: Danaher Motion-Pacific Scientific

Address: 4301 Kishwaukee Street, Rockford, IL  61109


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Tim Harn
Title: Controller
Company: Danahr motion - Pacifi Scientific
Address: 4301 Kishwaukee St
Telephone Number: 815 226 3112
Facsimile Number: 815 223 3122
E-mail: tim.harn @ Danahor motion.com

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Peterson-Kruse, Inc.


By: _Kruse_ (signature)

Printed Name: Robert W. Kruse

Title: President

Company: Peterson-Kruse, Inc.

Address: P.O. Box 2631   Loves Park, IL 61132-2631


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Burkhard Geissler
Title:
Company:
Address: 6845 Weaver Road, Rockford, IL 61114
Telephone Number:
Facsimile Number:
E-mail:


Name: Robert W. Kruse
Title: President
Company: Peterson-Kruse, Inc.
Address: P.O. Box 2631 Loves Park, IL 61132-2631
Telephone Number:
Facsimile Number:
E-mail:

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Tamms Industries


By: _____ (signature)

Printed Name: Donald Andrews

Title: Managing Director

Company: Degussa UK Holdings, Ltd.

Address: 42 Brook Street, London, England W1K5DB


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Donald J. Moran, Esq.
Title:
Company: Pederson & Houpt
Address: 161 North Clark Street, Ste. 3100, Chicago, IL  60601-3242
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: The Sherwin-Williams Co.


By: _____ (signature)

Printed Name: Louis E. Stellato

Title: Vice President, General Counsel and Secretary

Company: The Sherwin-Williams Co.

Address: 101 Prospect Ave., N.W., Cleveland, OH  44115


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Allen J. Danzig, Esq.
Title: Associate General Counsel
Company: The Sherwin-Williams Co.
Address: 101 Prospect Ave., N.W., Cleveland, OH  44115
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Material Services Corporation, a General Dynamics Corporation

By: _Michael Bernardi_ (signature)

Printed Name: Michael J. Bernardi

Title: Vice President

Company: Material Service Corporation

Address: 222 N. LaSalle Street

Chicago, IL 60601

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: David M. Rubin, Esq.
Title: Secretary
Company: Gould & Ratner
Address: 222 N. LaSalle St., Ste. 800, Chicago, IL 60601
Telephone Number: 312-236-3003
Facsimile Number: 312-236-3241
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: *The* Goodyear Tire & Rubber Co. _____

_____

By: _Donald E. Stanley_ _____ (signature)

Printed Name: Donald E. Stanley _____

Title: Vice President, Product Quality & Plant Technology _____

Company: The Goodyear Tire & Rubber Company _____

Address: 1144 East Market Street, Akron, OH 44316 _____

_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Steven C. Bordenkircher _____
Title: Attorney – D/822 _____
Company: The Goodyear Tire & Rubber Company _____
Address: 1144 East Market Street, Akron, OH 44316 _____
Telephone Number: _____
Facsimile Number: _____
E-mail: _____

ATTEST: _____

ASST SECRETARY

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: North American Tool Corp.

By: _G. Curtis Lansbery_ (signature)

Printed Name: G. Curtis Lansbery

Title: President and CEO

Company: North American Tool Corp.

Address: P.O. Box 116, 215 Elmwood Ave., South Beloit, IL 61080-0116

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Burkhard Geissler
Title:
Company:
Address: 6845 Weaver Road, Rockford, IL 61114
Telephone Number:
Facsimile Number:
E-mail:

Name: G. Curtis Lansbery
Title: President and CEO
Company: North American Tool Corp.
Address: P.O. Box 116, 215 Elmwood Ave., South Beloit, IL 61080-0116
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Crescent Electric Supply Co.


By: _J R Etheredge_ (signature)

Printed Name: J. R. Etheredge

Title: President

Company: Crescent Electric Supply Co.

Address: 7750 Dunleith Drive, East Dubuque, IL  61025


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: J. R. Etheredge
Title: President
Company: Crescent Electric Supply Co.
Address: 7750 Dunleith Drive, East Dubuque, IL  61025
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Reliable Machine Co.

By: _Steven Yagle_ (signature)

Printed Name: Steven Yagle

Title: President

Company: Reliable Machine Co.

Address: 1327 10th Ave., Rockford, IL 61104

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: David J. Kurlinkus, Esq.
Title:
Company: Nicolosi & Associates, P.C.
Address: 363 Financial Court, Rockford, IL 61107
Telephone Number: 815 - 229 - 5789
Facsimile Number: 815 - 229 - 5799
E-mail: Dave@nicolosilaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _DIXON AUTOMATIC TOOL INC._

By: _Paul J. Dixon_ _____ (signature)

Printed Name: _PAUL T. DIXON_

Title: _PRESIDENT_

Company: _DIXON AUTOMATIC TOOL INC._

Address: _2300 23RD AVENUE_

_ROCKFORD IL 61104_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _____
Title: _____
Company: _____
Address: _____
Telephone Number: _____
Facsimile Number: _____
E-mail: _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Anderson Packaging, Inc.

By: _L H Beckman_ (signature)

Printed Name: _LARRY H. BECKMANN_

Title: _PRESIDENT_

Company: _ANDERSON PACKAGING INC_

Address: _4545 ASSEMBLY DR._

_ROCKFORD, IL  61109_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: John J. Holevas
Title:
Company: Williams & McCarthy
Address: 321 W. State Street, P.O. Box 219, Rockford, IL 61105-0219
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Rockford Ball Screw Co.


By: _Gregg R. Harla_ (signature)

Printed Name: _Gregory R. Harlan_

Title: _President/CEO_

Company: _Rockford Ball Screw Co._

Address: _940 Southrock Dr._
_Rockford, IL 61102-2724_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Charles F. Helsten, Esq.
Title: Attorney
Company: Hinshaw & Culbertson
Address: 220 E. State St., P.O. Box 1389, Rockford, IL 61105-1389
Telephone Number: 815-963-8488
Facsimile Number: 815-965-8488
E-mail: chelsten@hinshawlaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: **Sjostrom & Sons, Inc.**

By: _(signature)_

Printed Name: Joel G. Sjostrom

Title: President

Company: Sjostrom & Sons, Inc.

Address: 1129 Harrison Ave., P.O. Box 5766

Rockford, IL 61125-0766

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Joel G. Sjostrom
Title:
Company:
Address:
Telephone Number: 8150226-0330
Facsimile Number: 815-226-8868
E-mail: jsjostrom@sjostromconstruction.com

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Three Hammer Construction Co.

By: *Merle Hammack* _____ (signature)

Printed Name: MERLE HAMMACK

Title: VICE PRESIDENT

Company: Three Hammer Construction, Inc.

Address: 1515 Elmwood Road
Rockford, IL 61103

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Charles F. Helsten, Esq.
Title: Attorney
Company: Hinshaw & Culbertson
Address: 220 E. State St., P.O. Box 1389, Rockford, IL 61105-1389
Telephone Number: 815-963-8488
Facsimile Number: 815-965-8488
E-mail: chelsten@hinshawlaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Mid-States Concrete Products Co.

By: _Charles H Hacker_ (signature)

Printed Name: _Charles H Hacker_

Title: _PRESIDENT_

Company: _MID-STATES Concrete Products Co_

Address: _500 South Park Ave_
_South Beloit, IL 61080_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Charles F. Helsten, Esq.
Title: Attorney
Company: Hinshaw & Culbertson
Address: 220 E. State St., P.O. Box 1389, Rockford, IL 61105-1389
Telephone Number: 815-963-8488
Facsimile Number: 815-965-8488
E-mail: chelsten@hinshawlaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: The Gates Corporation

By: *Athan A. Vinolus* (signature)

Printed Name: Athan A. Vinolus

Title: Counsel

Company: Tompkins Law Department

Address: 6450 Poe Avenue, Suite 109, Dayton, OH 45414

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Athan A. Vinolus
Title: Counsel
Company: Tompkins Law Department
Address: 6450 Poe Ave., Ste. 109, Dayton, OH 45414
Telephone Number: 937-354-7316
Facsimile Number: 937-415-5672
E-mail: avinolus @ tomkins.co.uk

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Jonco Tool, Inc.

By: _____ (signature)

Printed Name: Stephen Johnson

Title: President

Company: Jonco Tool, Inc.

Address: 6010 Forest Hills Road, Loves Park, IL 61130-0047

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Richard K. Van Evera
Title: Attorney
Company: Barrick, Switzer, Long, Balsley, & Van Evera

Address: 6833 Statler Drive, First Floor, Rockford, IL 61108
Telephone Number: 815-962-6611
Facsimile Number: 815-962-0687
E-mail: Rvanevera@aol.com

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant:  Tang Industries, Inc., on behalf of

Wilmar Processing

By: _____ (signature)

Printed Name:  Vytas Ambutas

Title:  General Counsel

Company:  Tang Industries, Inc.

Address:  1965 Pratt Boulevard

Elk Grove Village, IL  60007

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:  Vytas Ambutas
Title:  General Counsel
Company:  Tang Industries, Inc.
Address:  1965 Pratt Boulevard, Elk Grove Village, IL 60007
Telephone Number:  (847) 806-7674
Facsimile Number:  (847) 806-7220
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _Tang Industries, Inc., on behalf of_ _____

_Beloit Power Systems_ _____

By: _____ (signature)

Printed Name: _Vytas Ambutas_ _____

Title: _General Counsel_ _____

Company: _Tang Industries, Inc._ _____

Address: _1965 Pratt Boulevard_ _____

_Elk Grove Village, IL  60007_ _____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _Vytas Ambutas_
Title: _General Counsel_
Company: _Tang Industries, Inc._
Address: _1965 Pratt Boulevard, Elk Grove Village, IL 60007_
Telephone Number: _(847) 806-7674_
Facsimile Number: _(847) 806-7220_
E-mail: _____

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Raymond E. DeWane _____

By: _Raymond E. DeWane_____ _11-14-05_(signature)

Printed Name: Raymond E. DeWane _____

Title:_____

Company:_____

Address:_____

_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Thomas S. Yu _____
Title:  Attorney _____
Company: Jeep & Blazer, L.L.C. _____
Address: ~~1749 S. Naperville Road, Ste. 102, Wheaton, IL  60187~~   24 N. Hillside, Ste A
                                                                                            Hillside, IL 60162
Telephone. Number:  ~~630-681-2530~~ (708)236-0830
Facsimile Number:  ~~630-690-2812~~ (708)236-0828
E-mail: tsyu@enviroatty.com _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Audrey DeWane

By: _Audrey DeWane_     11-14-05    (signature)

Printed Name: Audrey DeWane

Title:

Company:

Address:

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Thomas S. Yu
Title: Attorney
Company: Jeep & Blazer, L.L.C.
Address: ~~1749 S. Naperville Road, Ste. 102, Wheaton, IL 60187~~ 24 N. Hillside Ave, Ste A Hillside, IL 60162
Telephone Number: ~~630-681-2530~~ (708) 236-0830
Facsimile Number: ~~630-690-2812~~ (708) 236-0828
E-mail: tsyu@enviroatty.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Benjamin Farina

By: _Benjamin Farina_      11/14/05    (signature)

Printed Name: Benjamin Farina

Title:

Company:

Address:

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Thomas S. Yu
Title: Attorney
Company: Jeep & Blazer, L.L.C.     24 N. Hillside Ave, Ste A
Address: ~~1749 S. Naperville Road, Ste. 102, Wheaton, IL 60187~~ Hillside, IL 60162
Telephone Number: ~~630-681-2530~~ (708) 236-0830
Facsimile Number: ~~630-690-2812~~ (708) 236-0830
E-mail: tsyu@enviroatty.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Jean Farina


By: _Jean Farina_ _11-14-05_ (signature)

Printed Name: Jean Farina

Title:

Company:

Address:


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Thomas S. Yu
Title: Attorney
Company: Jeep & Blazer, L.L.C.      24 N. Hillside Ave, Ste A
Address: ~~1749 S. Naperville Road, Ste. 102, Wheaton, IL 60187~~ Hillside, IL 60162
Telephone Number: ~~630-681-2530~~ (708) 236-0830
Facsimile Number: ~~630-690-2812~~ (708) 236-0828
E-mail: tsyu@enviroatty.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: LAE, Inc.

By: _Raymond E. DeWane_ _11-14-05_ (signature)

Printed Name: Raymond E. DeWane

Title: President

Company: L. A. E, INC.

Address: P.O. Box 134
Belvidere, Il. 61008

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Thomas S. Yu
Title: Attorney
Company: Jeep & Blazer, L.L.C.                    24 N. Hillside Ave, Ste A
Address: ~~1749 S. Naperville Road, Ste. 102, Wheaton, IL 60187~~ Hillside, IL 60162
Telephone Number: ~~630-681-2530~~   (708) 236-0830
Facsimile Number:   ~~630-690-2812~~   (708) 236-0828
E-mail: tsyu@enviroatty.com

**EXHIBIT F**

**MUNICIPAL SETTLING DEFENDANTS**

| Municipal Settling Defendant | Buyout Amount ($) |
|---|---|
| City of Beloit, Wisconsin | 300,000 |
| Rockford School District No. 205, Winnebago-Boone Counties, Illinois | 93,000 |
| City of Evansville, Wisconsin | 45,000 |
| Village of Rockton, Illinois | 35,000 |
| Village of Hampshire, Illinois | 35,000 |
| City of South Beloit, Illinois | 30,000 |
| Village of Orfordville, Wisconsin | 30,000 |
| Village of Roscoe, Illinois | 25,000 |
| City of Rockford, Illinois, a Municipal Corporation (including Rockford Public Library); Rockford Housing Authority; Rock River Water Reclamation District | 25,000 |
| City of Genoa, Illinois | 23,000 |
| Village of Footville, Wisconsin | 19,800 |
| City of Harvard, Illinois | 15,000 |
| Village of Machesney Park, Illinois | 10,000 |
| Vilage of Kingston, Illinois | 5,000 |

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: City of Beloit, Wisconsin

By: _____ (signature)

Printed Name: Larry N. Arft

Title: City Manager

Company: City of Beloit, Wisconsin

Address: 100 State Street, Beloit, WI 53511

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Larry N. Arft
Title: City Manager
Company: City of Beloit, Wisconsin
Address: 100 State Street, Beloit, WI 53511
Telephone Number:    608-364-6614
Facsimile Number:    608-364-6756
E-mail:    arft1@ci.beloit.wi.us

Name: William J. Mulligan
Title:
Company: Davis & Kuelthau, s.c.
Address: 111 E. Kilbourn Ave., Ste. 1400, Milwaukee, WI 53202
Telephone Number:  (414) 225-1429
Facsimile Number:   (414) 278-3629
E-mail: wmulligan@dkattorneys.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Board of Education of Rockford School District No. 205

Winnebago-Boone Counties, Illinois

By: _Nancy Kalch_ (signature)

Printed Name: Nancy Kalchbrenner

Title: President

Company:

Address:

---

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Thomas A. Bueschel
Title:
Company:
Address: 120 West State Street, Ste. 400, Rockford, IL 61101
Telephone Number:
Facsimile Number:
E-mail:


Name: Stephen G. Katz
Title: General Counsel
Company:
Address: 201 South Madison Street, Rockford, IL 61104
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: City of Evansville, Wisconsin

By: _Janis Ringhand_ (signature)

Printed Name: Janis Ringhand

Title: Mayor

Company: City of Evansville, Wisconsin

Address: 31 Madison Street, Evansville, WI  53536


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Mark D. Kopp
Title: City Attorney
Company: Consigny, Andrews, Hemming & Grant, S.C.
Address: 303 East Court Street, P. O. Box 1449, Janesville, WI  53547-1449
Telephone Number: (608) 755-5050
Facsimile Number: (608) 755-5057
E-mail: mkopp@janesvillelaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: __Village of Rockton, Illinois__

By: _____ (signature)

Printed Name: __Dale Adams__

Title: __Mayor of Rockton__

Company: _____

Address: _____

_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _____DALE ADAMS_____
Title: _____MAYOR_____
Company: ____VILLAGE OF ROCKTON_____
Address: ____110 E. MAIN STREET - ROCKTON, IL    61072
Telephone Number: ____815-624-7600_____
Facsimile Number: ____815-624-0418_____
E-mail: ____mayrodadams@msn.com_____

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Village of Hampshire, Illinois


By: *Jeffrey R Magnussen* (signature)

Printed Name: *Jeffrey R. Magnussen*

Title: *Village President*

Company: *Village of Hampshire*

Address: *234 S. State Stree*

*Hampshire, IL 60140*

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Mark Schuster

Title: Attorney

Company: Schnell, Bazos, Freeman, Kramer, Schuster & Vanek

Address: 1250 Larken Ave. #100, Elgin, Illinois 60123

Telephone Number: 847-742-8800

Facsimile Number: 847-742-9777

E-mail: mschuster@sbfklaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: City of South Beloit, Illinois

By: ___Randy Kirichkow_____ (signature)

Printed Name: ___Randy Kirichkow_____

Title: ___Mayor of South Beloit_____

Company: ___City of South Beloit_____

Address: ___519 Blackhawk Blvd._____

___South Beloit IL 61080_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: ___Jeff Livingston_____
Title: ___City Attorney_____
Company: ___Vella & Lund_____
Address: ___634 Blackhawk Blvd  S. Beloit IL 61080___
Telephone Number: ___815 - 389 - 2209_____
Facsimile Number: ___815 - 389 - 9262_____
E-mail: _____

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: <u>Village of Orfordville, Wisconsin</u>


By: _____ (signature)

Printed Name: <u>David Olsen</u>

Title: <u>Village President</u>

Company: <u>Village of Orfordville</u>

Address: <u>P.O. Box 409, Orfordville, WI 53576</u>


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: <u>Kenneth Forbeck, Esq.</u>
Title: <u>Attorney</u>
Company: <u>Forbeck, Elliott & Monahan, S.C.</u>
Address: <u>413 State Street, Beloit, WI 53511</u>
Telephone Number: <u>608/362-8086</u>
Facsimile Number: <u>608/362-7880</u>
E-mail: <u>Forbecklaw@inwave.com</u>

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Village of Roscoe, Illinois

By: _____ (signature)

Printed Name: H. Ward Sterett

Title: President

Company: Village of Roscoe, Illinois

Address: 10631 Main Street, Roscoe, IL 61073


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: David J. Kurlinkus, Esq.
Title: Village Attorney
Company: Nicolosi & Associates, P.C.
Address: 363 Financial Court, Rockford, IL 61107
Telephone Number: 815 - 229 - 5789
Facsimile Number: 815 - 229 - 5799
E-mail: Dave@nicolosilaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _____ City of Rockford, a Municipal Corporation _____

_____ (Including Rockford Public Library) _____

By: _____ _Ronald N. Schultz_ _____ (signature)

Printed Name: _____ Ronald N. Schultz _____

Title: _____ City Attorney & Authorized Agent _____

Company: _____ City of Rockford _____

Address: _____ 425 East State Street _____

_____ Rockford, Illinois 61104 _____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: __Patrick W. Hayes__

Title: __Legal Director__

Company: __City of Rockford__

Address: __425 East State Street__

Telephone Number: __815/987-5551__

Facsimile Number: __815/967-6949__

E-mail: __patrick.hayes@ci.rockford.il.us__

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: __Rockford Housing Authority__

By: _____ _(signature)_

Printed Name: __Ronald N. Schultz__

Title: __City Attorney & Authorized Agent__

Company: __City of Rockford__

Address: __425 East State Street__

__Rockford, Illinois 61104__

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: __Thomas O. Meyer__
Title: __Attorney__
Company: __Meyer & Horning__
Address: __3400 North Rockton Avenue__
Telephone Number: __815/636-9300__
Facsimile Number: _____
E-mail: __Tommeyerhorning@aol.com__

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Rock River Water Reclamation District

By: _[signature]_ (signature)

Printed Name: William J. Howard

Title: Attorney for Rock River Water Reclamation District

Company: Law Offices of William J. Howard

Address: 308 West State Street, Suite 485, Rockford, IL 61101


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Lloyd Hawks
Title: Treasurer
Company: Rock River Water Reclamation District
Address: 2212 Clover Avenue, Rockford, IL 61102
Telephone Number: (815) 964-4321
Facsimile Number:
E-mail:

A copy of Service shall be sent to:

Name: Steve Graceffa
Title: District Director
Company: Rock River Water Reclamation District
Address: 3333 Kishwaukee Street, Rockford, IL 61109
Telephone Number: (815) 387-7400
Facsimile Number: (815) 387-7595
E-mail: sgraceffa@rrwrd.dst.il.us

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: City of Genoa, Illinois

By: _____ (signature)

Printed Name: Todd Walker

Title: Mayor of Genoa

Company: _____

Address: 113 N GENOA ST

GENOA IL 60135

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: JACK C. SLINGERLAND
Title: CITY ATTORNEY
Company: Gallagher & Slingerland
Address: 114 W STATE ST SYCAMORE IL
Telephone Number: 815 895 5141
Facsimile Number: 815 895 8567
E-mail: _____

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Village of Footville, Wisconsin

By: _Gary Selck_ / _Marian Vogel_ (signature)

Printed Name: Gary Selck / Marian Vogel

Title: Village President / Village Clerk

Company: Village of Footville, Wisconsin

Address: 156 Depot Street, Footville, Wisconsin, 53537

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Thomas J. Basting, Sr., Esq.
Title: Attorney for Village of Footville, Wisconsin
Company: Brennan, Steil & Basting, S.C.
Address: 22 E. Mifflin St., Ste. 400, P.O. Box 990, Madison, WI 53701
Telephone Number: (608) 251-7770
Facsimile Number: (608) 251-6626
E-mail: tbasting@brennansteil.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: City of Harvard, Illinois

By: _____ (signature)

Printed Name: Jay Nolan

Title: Mayor

Company: City of Harvard, Illinois

Address: 201 W. Front Street, P.O. Box 310, Harvard, IL 60033

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: David McArdle
Title:
Company: Zukowski, Rogers, Flood & McArdle
Address: 50 Virginia, Crystal Lake, IL 60014
Telephone Number:
Facsimile Number:
E-mail:

Name: David Nelson
Title: City Administrator
Company: City of Harvard, Illinois
Address: 201 W. Front Street, P.O. Box 310, Harvard, IL 60033
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Village of Machesney Park, Illinois

By: _Linda M Vaughn_ (signature)

Printed Name: Linda Vaughn

Title: Mayor

Company:

Address: 300 Machesney Road, Machesney Park, Illinois 61115

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Thomas A. Green
Title: Attorney
Company: Barrick, Switzer, Long, Balsley & Van Evra

Address: 6833 Stalter Dr., 1st Floor, Rockford, IL 61108-2579
Telephone Number: 815-962-6611
Facsimile Number: 815-962-0687
E-mail: tgreen@bslbv.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: __Village of Kingston__

By: _____ (signature)

Printed Name __John Munro__

Title: __Village President__

Company: __Village of Kingston__

Address: __101 E. Railroad Street, Kingston IL 60145__

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: __Kevin E. Buick__
Title: __Village Attorney__
Company: __Cliffe, Foster, Corneille & Buick__
Address: __331 W. State Street, Sycamore, IL 60178__
Telephone Number: __815/ 895-7411__
Facsimile Number: __815/ 895-7655__
E-mail: __k-buick@cfcbb.com__

- 72 -

THE UNDERSIGNED PARTIES enter into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al. relating to the MIG/DeWane Landfill Superfund Site.

PEOPLE OF THE
STATE OF ILLINOIS

ex rel. Lisa Madigan
Attorney General of
State of Illinois

Matthew J. Dunn, Chief
Environmental Enforcement/
 Asbestos Litigation Division

Date: _____     By:_____
                                         RoseMarie Cazeau, Chief
                                         Assistant Attorney General
                                         Environmental Bureau


ILLINOIS ENVIRONMENTAL
PROTECTION AGENCY


By:_____
      Joseph E. Svoboda
      Chief Legal Counsel
      Division of Legal Counsel