THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: BFI Waste Systems of North America, Inc.

By: _C.H.White_ (signature)

Printed Name: Jo Lynn White

Title: Corporate Secretary

Company: BFI Waste Systems of North America, Inc.

Address: 15880 N. Greenway-Hayden Loop, Suite 100, Scottsdale, AZ 85260

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Gary D. Justis
Title: Attorney
Company: Lathrop & Gage L.C.
Address: 10851 Mastin Blvd., Ste. 1000, Overland Park, KS 66210
Telephone Number: 913-451-5144
Facsimile Number: 913-451-0875
E-mail: gjustis@lathropgage.com

Name: BFINA
Title: Attn: Corporate Secretary
Company: BFI Waste Systems of North America, Inc.
Address: 15880 N. Greenway-Hayden Loop, Ste. 100, Scottsdale, AZ 85260
Telephone Number:
Facsimile Number:
E-mail:

Name: Eric Ballenger
Title: BFINA's Project Coordinator
Company: Allied Waste Industries, Inc.
Address: 26 W. 580 Schick Road, Hanover Park, Illinois 60133
Telephone Number: 630-894-9095
Facsimile Number: 630-894-9089
E-mail: Eric.Ballenger@awin.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Amerock Div. of Newell Operating Company (wholly owned subsidiary of Newell Rubbermaid Inc.)

By: _D. L. Matschullat_ (signature)

Printed Name: Dale L. Matschullat

Title: Vice-President General Counsel

Company: Newell Rubbermaid Inc.

Address: 10B Glenlake Parkway Suite 600
Atlanta, Georgia 30328

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Lori A. Prokes
Title: Senior Regulatory Counsel
Company: Newell Rubbermaid Inc. [Amerock]
Address: 2707 Butterfield Road Suite 100
Telephone Number: 630-481-1664
Facsimile Number: 630-481-1699
E-mail: lori.prokes@newellco.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: __Apache Products Company__

By: _____ (signature)

Printed Name: __Greg Thompson__

Title: _____Chief Financial Officer_____

Company: ____Apache Products Company_____

Address: _____107 Service Road_____

_____Anderson, SC  29625_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _Greg Thompson_____
Title: _Chief Financial Officer__
Company: Apache Products Company_
Address: _107 Service Road, Anderson, SC  29625_
Telephone Number: _864-964-2741_
Facsimile Number: _864-964-2721_
E-mail: _____gjthompson@apacheproducts.com_

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: SPS Technologies, LLC as successor-in-interest to The Arnold Engineering Company

By: Dennis R. Shea (signature)

Printed Name: Dennis R. Shea

Title: Director, Legal + Environmental Affairs

Company: SPS Technologies, LLC

Address: 301 Highland Ave., Jenkintown, PA 19046

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Steve Hackett

Title: President

Company: SPS Technologies, LLC

Address: 301 Highland Ave. Jenkintown, PA 19046

Telephone Number: 215-572-3775

Facsimile Number: 215-572-3790

E-mail: n/a

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant:   ~~Beatrice Company; Wright & Wagner Dairy~~

By: _Ken Anderson_ _____ (signature)

Printed Name:   Ken Anderson

Title:   Controller, Beatrice Company

Company:   Beatrice Company

Address:   PO Box 3010

                St. Charles, IL  60174

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:  Ken Anderson
Title:  Controller
Company:  Beatrice Company
Address:   PO Box 3010, St. Charles, IL  60174
Telephone Number:  630-857-1453
Facsimile Number:  630-857-1472
E-mail:  kennth.andersonjr@conagrafoods.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

CherryVale Shopping Center

Name of Settling Defendant: C.V. Investments (JG Cherryvale Ltd., Jacobs Realty

Investors LP, The Richard E. Jacobs Group, Inc., Jacobs Group Management Co., Inc.)

By: _Judson E. Smith_ (signature)

Printed Name: Judson E. Smith

Title: Executive Vice President

Owner,

Company: C. V. Investments by JG Cherryvale Ltd., its General Partner

Address: 25425 Center Ridge Road

Westlake, Ohio 44145

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Curtis D. Worden, Esq.
Title: Registered Agent
Company: Oliver Close Worden Winkler & Greenwald
Address: 124 North Water Street, Rockford, IL 61107
Telephone Number: 815/968-7591
Facsimile Number: 815/968-7507
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant:  SUPERVALU INC., f/k/a SuperValu Stores, Inc.,

d/b/a Cub Foods

By: _____ (signature)

Printed Name: _____ Stephen P. Kilgriff

Title: _____ Vice President

Company: _____ SUPERVALU INC.

Address: _____ 11840 Valley View Road

_____ Eden Prairie, MN 55344

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _____
Title: _____
Company: ___CT Corporation System_____
Address: ___208 South LaSalle Street; Chicago, IL 60604
Telephone Number: (312) 263-1414
Facsimile Number: _____
E-mail: _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: DaimlerChrysler Corporation

By: _____ (signature)

Printed Name: Gregory M. Rose

Title: Senior Manager, Regulatory Affairs

Company: DaimlerChrysler Corporation

Address: 800 Chrysler Drive, CIMS 482-00-51

Auburn Hills, MI 48326

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Kathleen M. Hennessey

Title: Senior Staff Counsel

Company: DaimlerChrysler Corporation

Address: 1000 Chrysler Drive, CIMS 485-13-62    Auburn Hills, MI 48326

Telephone Number: 248/512.4116

Facsimile Number: 248/512.4196

E-mail: kmh17@dcx.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Dana Corporation on behalf of Warner Electric Brake & Clutch

By: Lisa Wurster                                          (signature)

Printed Name: Lisa Wurster

Title: Managing Attorney

Company: Dana Corporation

Address: 4500 Dorr Street
Toledo, Ohio 43615

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: As above
Title:
Company:
Address:
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _____ Kerry Inc. _____

_____

By: _____ _William R. Coole_ _____ (signature)

Printed Name: __William R. Coole_____

Title:_____ Vice President and General Counsel _____

Company:____ Kerry Inc. _____

Address:_____ One Millington Road _____

_____ Beloit, WI  53511 _____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:_____
Title:_____
Company:__ Illinois Corporation Service Company
Address:___ 801 Adlai Stevenson Drive, Springfield, IL  62703
Telephone Number:__ 800-995-5071 _____
Facsimile Number:___ 217-492-2727 _____
E-mail:_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant:   Genencor International Wisconsin, Inc.

(formerly known as Enzyme Bio-Systems Ltd.)

By:_____ _Carole B Cobb_____ (signature)

Printed Name:   Carole B. Cobb

Title:   President

Company:   Genencor International Wisconsin, Inc.
(formerly known as Enzyme Bio-Systems Ltd.)

Address:   200 Meridian Centre Boulevard

Rochester, New York  14618


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:   N/A
Title:   N/A
Company:   CT Corporation
Address:   8025 Excelsior Dr., Suite 200, Madison, Wisconsin  53717
Telephone Number:   608-833-4821
Facsimile Number:   608-833-2759
E-mail:   N/A

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al, relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _Highlander Foods_

By: _[signature]_ (signature)

Printed Name: _____

Title: _____

Company: _____

Address: _____

_____

_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _Bryan G. Selander_

Title: _____

Company: _____

Address: _1827 18th Avenue, Rockford, IL 61104_

Telephone Number: _815-397-0500_

Facsimile Number: _815-397-8865_

E-mail: _bselander@vikingchemical.com_

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _Hormel Foods Corporation_

By: _(signature)_

Printed Name: _James W. Cavanaugh_

Title: _Senior VP and General Counsel_

Company: _Hormel Foods Corporation_

Address: _1 Hormel Place_
_Austin, MN 55912_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Bruce C. Spitzer
Title: Attorney
Company: Metge, Spitzer & Kreid
Address: 30 W. Monroe, Suite 630, Chicago, IL 60603
Telephone Number: (312) 580-1710
Facsimile Number: (312) 580-1711
E-mail: bcspitzer @ msklaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _Illinois WATER TREATMENT, Inc. (IWT)_

Now Known as _Process WATER SYSTEMS, Inc._

By: _John C Coyne_ (signature)

Printed Name: _JOHN C COYNE_

Title: _DIRECTOR - Environmental Affairs_

Company: _PROCESS WATER SYSTEMS, Inc._

Address: _14950 Heathrow Forest Parkway, Suite 200_
_Houston, TX 77032_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _CT CORPORATION_
Title:
Company:
Address: _1021 MAIN STREET Suite 1150, Houston, TX 77002_
Telephone Number: _713 759 0729_
Facsimile Number: _713 759 1950_
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _Invensys Building Systems Inc._

By: _Mlllln_ _____ (signature)

Printed Name: _Timothy J. Dolan_

Title: _VP_

Company: _Invensys Building Systems Inc_

Address: _1701 Byrd Ave_

_Richmond VA 23230_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _Timothy J. Dolan_

Title: _VP_

Company: _Invensys Building Systems Inc_

Address: _1701 Byrd Ave. Richmond VA 23230_

Telephone Number: _804-756-6519_

Facsimile Number: _804-756-6535_

E-mail: _Tim.Dolan@invensysclimate.com_

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant:    Kmart Corporation

By: _____ (signature)

Printed Name:____Robert W. Rathke_____

Title:_____Vice President, Commercial Transactions, Legal_____

Company:_____Kmart Corporation_____

Address:_____3333 Beverly Road, B6-301A, Hoffman Estates, IL 60179_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:_____

Title:_____

Company:_____

Address:_____

Telephone Number:_____

Facsimile Number:_____

E-mail:_____

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant:   Schnuck Markets, Inc. d/b/a Logli Food Stores

By: _Robert F. Wiegert_ (signature)

Printed Name: Robert F. Wiegert

Title: Associate General Counsel

Company: Schnuck Markets, Inc.

Address: 11420 Lackland Road

St. Louis, MO   63146

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:_____

Title:_____

Company:_____

Address:_____

Telephone Number:_____

Facsimile Number:_____

E-mail:_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Lucky Stores, Inc. (Albertson's, Inc.)


By: *Ronald T Mendes* (signature)

Printed Name: Ronald T. Mendes

Title: Vice President, Pharmacy Law & Compliance

Company: Albertson's, Inc.

Address: 250 Parkcenter Blvd.

Boise, Idaho 83726

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Corporation Service Company
Title:
Company: Corporation Service Company
Address: 801 Adlai Stevenson Dr., Springfield, IL 62703
Telephone Number: 800-877-2556
Facsimile Number: 217-544-4657
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWayne Landfill Superfund Site.


Name of Settling Defendant: Marengo Disposal

By:

Printed Name:          Keith G. Carlson

Title:                 Attorney

Company:               Marengo Disposal

Address:               c/o Carlson Law Offices
                       218 N Jefferson Street, Suite 101
                       Chicago, IL 60601

Agent Authorized to Accept Service on Behalf of Above Signed Party:

Name:                  Wayne A. Bolgla
Title:                 Claims Supervisor
Company:               Country Mutual Insurance Company
Address:               1701 Towanda Avenue, Bloomington, IL
Telephone Number:      312-821-5181
Facsimile Number:      312-821-5218
E-mail:                wayne.bolgla@countryfinancial.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Millmaster Onyx Group, L.P.

By Millmaster Onyx Group, Inc. General Partner

By: _____ (signature)

Printed Name: Michael J. Foster

Title: President

Company: c/o RFE Investment Partners

Address: 36 Grove Street

New Canaan, CT  06840

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Donald A. Herner, Esq.
Title: Partner
Company: Herner & Gilbert, LLP
Address: 4 Landmark Square, Stamford, CT  06901
Telephone Number: (203) 975-8818
Facsimile Number: (203) 975-8815
E-mail: herner@hernergilbert.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _____Pepsi-Cola General Bottlers, Inc._____

By: _____W. Scott N_____ (signature)

Printed Name: _____W. Scott Nehs_____

Title: _____Vice President_____

Company: _____Pepsi-Cola General Bottlers, Inc._____

Address: _____1475 E. Woodfield Rd._____

_____Schaumburg, IL 60173_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _____Same as above_____
Title: _____
Company: _____RU_____
Address: _____
Telephone Number: _____847.598.3000_____
Facsimile Number: _____847.598.9248_____
E-mail: _____scott.nehs@pepsiamericas.com_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Metromedia Steakhouses Company, L.P.

_____ d/b/a Ponderosa Steakhouse _____

By: _Gary L. Schneider_____ (signature)

Printed Name: Gary L. Schneider

Title: President

Company: Metromedia Steakhouses Company, L.P.

Address: 6500 International Parkway

_____ Plano, TX 75093 _____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: The Prentice Hall Corporation System, Inc.
Title:
Company: The Prentice Hall Corporation System, Inc.
Address: 33 North LaSalle Street, Chicago, IL 60602
Telephone Number: 800-532-4875
Facsimile Number: 916-563-2121
E-mail: jsuarez@cscinfo.com

APPROVED AS TO
LEGAL FORM

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _SENECA FOODS CORPORATION_

By: _Philip G Puras_ (signature)

Printed Name: _PHILIP G PARAS_

Title: _CFO_

Company: _SENECA FOODS CORPORATION_

Address: _3736 SOUTH MAIN STREET_
_MARION, NY 14555_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:_____

Title:_____

Company:_____

Address:_____

Telephone Number:_____

Facsimile Number:_____

E-mail:_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: _____

_____

By:_____ (signature)

Printed Name:_____John L. Hammond_____

Title:___Vice President, Secretary & General Counsel_____

Company:___Sensient Technologies Corporation_____

Address:_____777 East Wisconsin Avenue    11th Floor_____

_____Milwaukee, WI  53202-5304_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:_____John L. Hammond_____

Title:___Vice President, Secretary & General Counsel___

Company:_Sensient Technologies Corporation____

Address:__777 E. Wisconsin Ave.  11th Floor Milwaukee, WI  53202-5304

Telephone Number:__414-271-6755_____

Facsimile Number:__414-347-4794_____

E-mail:__Jack.Hammond@sensient-tech.com_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: ~~Simon Property Group, L.P.~~ *on its own behalf and for Simon Property Group (Illinois), L.P.*

By: ~~Simon Property Group, Inc.~~

By: _____ (signature)

Printed Name: __James M. Barkley_____

Title: _Secretary_____

Company: _Simon Property Group, Inc._____

Address: __115 West Washington Street_____

_____Indianapolis, IN 46204_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _CT Corporation System_____
Title:_____
Company: _CT Corporation System_____
Address: __1209 Orange Street Wilmington, DE 19801
Telephone Number: _1-800-925-7562_____
Facsimile Number:_____
E-mail:_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: __Sonoco Products Company__

By: __Robert L. Powell__ (signature)

Printed Name: __Robert L. Powell__

Title: __Director, Risk Management__

Company: __Sonoco Products Company__

Address: __North Second Street__

__Hartsville, SC 29550__

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: __Robert L. Powell__
Title: __Director, Risk Management__
Company: __Sonoco Products Company__
Address: __North Second Street Hartsville, SC 29550__
Telephone Number: __843 383 7435__
Facsimile Number: __843 383 7828__
E-mail: __bob.powell@sonoco.com__

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _____STATE LINE FOUNDRIES, INC._____

By:_____*Todd A Ramlow*_____(signature)

Printed Name:_____Todd A. Ramlow_____

Title:_____Attorney_____

Company:_____Brassfield, Krueger & Ramlow, Ltd._____

Address:_____1491 S. Bell School Road_____

_____Rockford, Illinois 61108_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:_____Todd A. Ramlow_____
Title:_____Attorney_____
Company:_____Brassfield, Krueger & Ramlow, Ltd._____
Address:_____1491 S. Bell School Road_____
Telephone Number:_____(815) 398-9700_____
Facsimile Number:_____(815) 398-2224_____
E-mail:_____Tramlow@bkr-law.com_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: International Ingredient Corporation

By: _James E. Sullivan_ (signature)

Printed Name: James E. Sullivan

Title: President

Company: International Ingredient Corporation

Address: P.O. Box 26377, 150 Larkin Williams Industrial Ct.

St. Louis, MO  63026-0377

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Clayton Brown
Title: President
Company: International Group
Address: 150 Larkin Williams Industrial Ct.
Telephone Number: 636-343-4111
Facsimile Number: 636-349-4845
E-mail: cbrown@ifpc.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant:  Taylor Freezer Company (Carrier Commercial

Refrigeration, Inc. 49.7% share)

By: _____W.F. Leikin_____ (signature)

Printed Name:  William F. Leikin

Title:  Attorney in Fact

Company:  Carrier Commercial Refrigeration, Inc.

Address:  9300 Harris Corners Parkway, Suite 200

Charlotte, NC 28269

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _____
Title: _____
Company:  CT Corporation System
Address:  225 Hillsborough Street, Raleigh, NC 27603
Telephone Number:  (919) 821-7139
Facsimile Number:  (919) 821-7253
E-mail: _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Taylor Freezer Company (Beatrice Company 50.3% share)


By: _Ken Anderson_____ (signature)

Printed Name:  Ken Anderson

Title:  Controller, Beatrice Company

Company:  Beatrice Company

Address:  PO Box 3010

　　　　　St. Charles, IL  60174

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:   Ken Anderson
Title:   Controller
Company: Beatrice Company
Address:  PO Box 3010, St. Charles, IL  60174
Telephone Number:  630-857-1453
Facsimile Number:  630-857-1472
E-mail:  kenneth.andersonjr@conagrafoods.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Textron Inc., Textron Greenlee Inc.,

and affiliated companies

By: _____ (signature)

Printed Name: Jamieson M. Schiff

Title: Assistant General Counsel

Company: Textron Inc.

Address: 40 Westminster Street

Providence, RI 02903

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Patricia Bisshopp
Title: Environmental Speacialist
Company Textron Inc.
Address: 40 Westminster St., Providence, RI 02903
Telephone Number: 401 457 - 2245
Facsimile Number: 401 457 - 2460
E-mail: pbisshopp@textron.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: ___Twin Disc, Incorporated_____

By: _____ (signature)

Printed Name: ___Christopher J. Eperjesy_____

Title: ___Vice President – Finance, Treasurer and Chief Financial Officer___

Company: _____Twin Disc, Incorporated_____

Address: _____1328 Racine Street, Racine, WI  53403_____


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: ___David J. Edquist, Esq._____
Title: ___Attorney_____
Company: ___von Briesen & Roper, s.c._____
Address: ___411 East Wisconsin Ave., Milwaukee, WI  53202___
Telephone Number: ___414-287-1372_____
Facsimile Number: ___414-276-6281_____
E-mail: ___dedquist@vonbriesen.com_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: __The Valspar Corporation (McWhorter, Inc.)__

By: _____ (signature)

Printed Name: __Ronda Bayer__

Title: __Associate General Counsel__

Company: __The Valspar Corporation__

Address: __1101 South 3rd Street__

__Minneapolis, MN 55415__

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: __Ronda Bayer__
Title: __Associate General Counsel__
Company: __The Valspar Corporation__
Address: __1101 S. 3rd St., Minneapolis, MN 55415__
Telephone Number: __612-375-7306__
Facsimile Number: __612-375-7313__
E-mail: __rbayer@valspar.com__

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Varco Pruden

By: Thomas M. Hoban (signature)

Printed Name: THOMAS M. HOBAN

Title: Attorney for Varco Pruden

Company: Calfee, Halter & Griswold, LLP

Address: 800 Superior Avenue, Ste. 1400
Cleveland, OH 44114

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: JOHN M. BURTIS

Title: Director, Claims & Litigation

Company: SPX CORPORATION

Address: 13515 Ballantyne Corporate Place, Charlotte, NC 28277

Telephone Number: 704-752-4423

Facsimile Number: 704-752-7436

E-mail: John.Burtis@spx.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Warner-Lambert Company

By: _Atiba D. Adams_ (signature)

Printed Name: Atiba D. Adams

Title: Senior Corporate Counsel - Litigation

Company: Warner-Lambert Company / Pfizer Inc

Address: 235 E. 42nd St., New York, NY 10017

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _____

Title: _____

Company: CT Corporation System

Address: 208 S. LaSalle, Suite 814

Telephone Number: Chicago, Illinois 60604

Facsimile Number: _____

E-mail: _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _____ Wisconsin Power and Light Company _____

By: _____ (signature)

Printed Name: ___ Barbara J. Swan _____

Title: _____ President _____

Company: _____ Wisconsin Power and Light Company _____

Address: _____ 4902 N. Biltmore Lane _____

_____ Madison, WI 53718 _____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: ___ Daniel L. Siegfried _____
Title: ___ Senior Counsel _____
Company: ___ Alliant Energy Corporate Services, Inc. _
Address: ___ 200 First Street SE, Cedar Rapids, IA 52401-1409
Telephone Number: _319-786-4686 _____
Facsimile Number: _319-786-4533 _____
E-mail: ___ dansiegfried@alliantenergy.com _____

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: _____W.R. Meadows, Inc._____

By: _____D E Knapp_____ (signature)

Printed Name: _____Donald E. Knapp_____

Title: _____President_____

Company: _____W.R. Meadows, Inc._____

Address: _____P.O. Box 338_____
_____300 Industrial Drive_____

_____Hampshire, IL 60140_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _____Kenneth Anspach_____
Title: _____Attorney_____
Company: _____Anspach & Associates_____
Address: _____8 South Michigan Avenue, Suite 3400_____, Chicago, IL 60603
Telephone Number: _____312 407 7888_____
Facsimile Number: _____312 372 3206_____
E-mail: _____kennethanspach@yahoo.com_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: United Technologies Corporation

By: _____ W. F. Leikin _____ (signature)

Printed Name: W. F. Leikin

Title: Assistant General Counsel

Company: United Technologies Corporation

Address: One Financial Plaza, M/S 524

Hartford CT 06101

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Kathleen M. McFadden
Title: Counsel
Company: United Technologies Corporation
Address: United Technologies Building, Hartford, CT 06101
Telephone Number: 860-728-7895
Facsimile Number: 860-660-0301
E-mail: kathleen.mcfadden@utc.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: ___Ecolab Inc.___

By:___*Lawrence T. Bell*___ (signature)

Printed Name:___Lawrence T. Bell___

Title:___Senior Vice President, General Counsel & Secretary___

Company:___Ecolab Inc.___

Address:___370 Wabasha Street North___

___St. Paul, MN  55102___

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:___Frederick (Rick) Mueller___
Title:___Attorney___
Company:___Johnson & Bell, Ltd.___
Address:___55 East Monroe Street___
Telephone Number:___312/984-0281___
Facsimile Number:___312/372-9818___
E-mail:___muellerf@jbltd.com___

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: UDL Laboratories, Inc.


By: _Vincent Mancinelli II_ (signature)

Printed Name: Vincent Mancinelli

Title: Vice President and General Manager

Company: UDL Laboratories, Inc.

Address: 1718 Northrock Court, Rockford, IL 61103



Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Mr. Vincent Mancinelli
Title: Vice President and General Counsel Manager
Company: UDL Laboratories, Inc.
Address: 1718 Northrock Court, Rockford, IL 61103
Telephone. Number:
Facsimile Number:
E-mail:


Name: Chief Legal Officer
Title:
Company: Mylan Laboratories, Inc.
Address: 1500 Corporate Drive, Ste. 400, Canonsburg, PA 15317
Telephone. Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Continental Envelope Corp.


By: _____ *Fred Margulies* _____ (signature)

Printed Name: Fred Margulies

Title: President

Company: Continental Envelope Corp.

Address: 1700 Averill Road, Geneva, IL  60134


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Barbara Magel, Esq.
Title:
Company: Karaganis, White & Magel, Ltd.
Address: 414 North Orleans Street, Ste. 810, Chicago, IL  60610
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Atwood Mobile Products


By:_____ (signature)

Printed Name: Glenn Dong

Title: Treasurer

Company: Atwood Mobile Products/The Creation Group

Address: 2791 Research Drive, Rochester Hills, MI 48309


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

      Name: Martha R. Moyer
      Title: Corporate Counsel
      Company: Dura Automotive Systems, Inc., Atwood Mobile Products /
      The Creation Group
      Address: 2791 Research Drive, Rochester Hills, MI 48309
      Telephone Number: 248 299-7226
      Facsimile Number: 248 299-7518
      E-mail: Moyer.m@duraauto.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Chemtura Corporation


By: _____ (signature)

Printed Name: Lynn Schefsky, Esq.

Title: Senior Vice President / General Counsel

Company: Chemtura Corporation

Address: 199 Benson Road, Middlebury, CT  06749


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

      Name: Lynn Schefsky, Esq.
      Title: Senior Vice President / General Counsel
      Company: Chemtura Corporation
      Address: 199 Benson Road, Middlebury, CT  06749
      Telephone Number: (203) 573-3300
      Facsimile Number: (203) 573-3118
      E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Eclipse, Inc.

By: _____ (signature)

Printed Name: _Gregory B. Bush_

Title: _Vice President / Chief Financial Officer_

Company: _Eclipse Inc._

Address: _1665 Elmwood Rd._

_Rockford IL 61103_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Charles F. Helsten, Esq.
Title: _____
Company: Hinshaw & Culbertson
Address: 220 E. State St., P.O. Box 1389, Rockford, IL 61105-1389
Telephone Number: 815-963-8488
Facsimile Number: 815-965-9529
E-mail: chelsten@hinshawlaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Atwood CTP, Inc.


By: _Bruce J. Atwood_ (signature)

Printed Name: _Bruce T. Atwood_

Title: _President_

Company: _Atwood CTP, Inc._

Address: _P.O. Box 7327_

_Rockford IL 61126_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Charles F. Helsten, Esq.
Title:
Company: Hinshaw & Culbertson
Address: 220 E. State St., P.O. Box 1389, Rockford, IL 61105-1389
Telephone Number: 815-963-8488
Facsimile Number: 815-965-9529
E-mail: chelsten@hinshawlaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Beloit Memorial Hospital          11/1/01

By: _D C Bolen_                                                        (signature)

Printed Name: _David A. Bolen_

Title: _Vice President_

Company: _Beloit memorial Hospital_

Address: _1969 West Hart Road_
_Beloit, WI 53511_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Michael P. Carlton, Esq.
Title:
Company: von Brieson & Rober, S.C.
Address: 411 E. Wisconsin Ave., Ste. 700, Milwaukee, WI 53201-3262
Telephone Number:    414-287-1217
Facsimile Number:    414-276-6281
E-mail: mcarlton@vonbriesen.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: ___Benson Pump Company___

By: X _____ (signature)

Printed Name: ___John S. Man___

Title: ___Chairman___

Company: ___Benson Pump Company___

Address: ___c/o 207 N. Michigan Ave, #202___
___Howell, MI 48843___

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: ___Glenn Matecun___
Title: ___Attorney___
Company: ___The Kizer Law Firm, PC___
Address: ___207 N. Michigan Ave. #202___, Howell, MS 48843
Telephone Number: ___(517) 548-1440___
Facsimile Number: ___(517) 548-1483___
E-mail: ___gmat43@ameritech.net___

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et. al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Hondo Incorporated d/b/a Coca-Cola Bottling Company, Inc..

By: _____ (signature)

Printed Name: William T. Plybon, Esq.

Title: Vice-President

Company: Hondo Incorporated d/b/a Coca-Cola Bottling Company, Inc.

Address: 2500 Windy Ridge Parkway, Atlanta, GA 30339


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: William T. Plybon, Esq.
Title: Vice-President and Deputy General Counsel
Company: Coca-Cola Enterprises Inc.
Address: 2500 Windy Ridge Parkway, Atlanta, GA 30339
Telephone Number: 770-989-3141
Facsimile Number: 770-989-3619
E-mail: wplybon@na.cokecce.com


Name: Brian E. Humphrey, Esq.
Title: Attorney
Company: Miller & Martin PLLC
Address: 832 Georgia Avenue, Suite 1000, Chattanooga, TN 37402
Telephone Number: 423-785-8309
Facsimile Number: 423-321-1535
E-mail: bhumphrey@millermartin.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: J.W.L. Plaza d/b/a Elgin West Truck Stop

By: _Jerry Lindley_ (signature)

Printed Name: Jerry Lindley

Title: President

Company: J.W.L. Plaza

Address: 9818 Fox Shores Drive, Algonquin, IL  60102


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: John J. Jawor
Title:
Company: JAWOR LAW FIRM
Address: 621 Goldenroad Drive, Ste. 500, Bolingbrook, IL  60440
Telephone Number: 630 - 783 - 8589
Facsimile Number: 630 - 783 - 8593
E-mail: JJJAWOR @ EARTH LINK.NET


Name: Jerry Lindley
Title: President
Company: J.W.L. Plaza
Address: 9818 Fox Shores Drive, Algonquin, IL  60102
Telephone Number:
Facsimile Number:
E-mail: