THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Wisconsin Knife Works, Inc.


By: _Linda H Biagioni_ (signature)

Printed Name: Linda H. Biagioni

Title: Vice President Environmental Affairs

Company: Black & Decker (U.S.) Inc.

Address:


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Marion Hwang
Title: Attorney
Company: Miles & Stockbridge
Address: 10 Light St., 12th Floor, Baltimore, MD 21202
Telephone Number: 410-385-3604
Facsimile Number: 301-662-3647
E-mail: mhwang@milesstockbridge.com

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Toys R Us

By: _Michael J Tumolo_ (signature)

Printed Name: Michael Tumolo

Title: Vice President – Real Estate Counsel

Company: Toys "R" Us, Inc.

Address: 1 Geoffrey Way, Wayne, NJ 07470

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Barbara Magel, Esq.
Title:
Company: Karaganis, White & Magel, Ltd.
Address: 414 North Orleans Street, Ste. 810, Chicago, IL 60610
Telephone Number:
Facsimile Number:
E-mail:

Name: Michael Tumolo
Title: Vice President – Real Estate Counsel
Company: Toys "R" Us, Inc.
Address: 1 Geoffrey Way, Wayne, NJ 07470
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: D&M Plastics Corp.

By: _Stephen A. Motisi_ (signature)

Printed Name: _Stephen A. Motisi_

Title: _President_

Company: _D&M Plastics Corporation_

Address: _150 French Road, PO Box 158_
_Burlington, IL 60109_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Leo M. Flanagan, Jr. Esq.
Title:
Company: Brittain & Ketcham, P.C.
Address: 85 Market Street, Elgin, IL  60123
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Rockford Systems, Inc.

By: _Curl Provi_ (signature)

Printed Name: _RICHARD M. PROVI_

Title: _SECY / TREAS_

Company: _ROCKFORD SYSTEMS, INC_

Address: _4620 HYDRAULIC Rd_

_ROCKFORD, IL 61109_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Donald Q. Manning, Esq.

Title: _____

Company: McGreevy Williams

Address: 6735 Vistagreen Way, P.O. Box 2903, Rockford, IL 61132

Telephone Number: _____

Facsimile Number: _____

E-mail: _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Pierce Biotechnology, Inc.


By: _C̶T̶B̶u̶d̶d̶e̶_____ (signature)

Printed Name: Christopher T. Budde

Title: Vice President, Operations, Site Manager

Company: Pierce Biotechnology, Inc.

Address: 3747 N. Meridian Road, Rockford, IL 61101


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Tom Currier
Title: General Counsel
Company: Pierce Biotechnology, Inc.
Address: P.O. Box 117, Rockford, IL 61105
Telephone Number:
Facsimile Number:
E-mail:


Name: Michael H. Winek, Esq.
Title:
Company: Babst, Calland, Clements & Zomnir, P.C.
Address: Two Gateway Center, 8th Floor, Pittsburg, PA 15222
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Control Panels, Inc.


By: *[signature]*                                                                (signature)

Printed Name:     David  L. Adkins

Title:      Vice-President

Company:    Control Panels Inc.

Address:


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:
Title:
Company:
Address:
Telephone Number:
Facsimile Number:
E-mail:

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Bodycote Thermal Processing, Inc.


By: _____ _Jm. A. Wilton_ · _____ (signature)

Printed Name:_____Martyn Wilton_____

Title:_____President_____

Company: Bodycote Thermal Processing, Inc.

Address: 5001 LBJ Freeway, Suite 800, Dallas, Texas, 75244-6120


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

      Name:_____Martyn Wilton_____

      Title:_____President_____

      Company: Bodycote Thermal Processing, Inc.

      Address: 5001 LBJ Freeway, Suite 800, Dallas, TX  75244

      Telephone: Number:_____

      Facsimile Number:_____

      E-mail:_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Nelson Piping Co.


By: _____ (signature)

Printed Name: Lenny Hill

Title: President

Company: Nelson Piping Co.

Address: 1417 22nd Street, Rockford, IL 61110


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Timothy A. Miller

Title:

Company: Oliver, Close, Worden, Winkler & Greenwald, LLC

Address: 124 N. Water St., Ste. 300, PO Box 4749, Rockford, IL 61110

Telephone Number:

Facsimile Number:

E-mail:

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Earl Scheib, Inc.

By: _____ (signature)

Printed Name: _____Jack K. Minnihan_____

Title: _____Vice-President and Chief Financial Officer_____

Company: _____Earl Scheib, Inc._____

Address:_____15206 Ventura Blvd., Sherman Oaks, California 91403_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Stephen J. O'Neil
Title: Attorney
Company: Sheppard, Mullin, Richter & Hampton
Address: 333 S. Hope St., 48th Floor, Los Angeles, California 90071
Telephone Number: 213-617-4135
Facsimile Number:
E-mail: soneil@sheppardmullin.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Pacific Scientific Co.


By: _____ (signature)

Printed Name: Tim Harn

Title: Controller, Rockford Operations

Company: Danaher Motion-Pacific Scientific

Address: 4301 Kishwaukee Street, Rockford, IL  61109


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Tim Harn

Title: Controller

Company: Danaher motion - Pacifi Sientific

Address: 4301 Kishwaukee St

Telephone Number: 815 226 3112

Facsimile Number: 815 223 3122

E-mail: tim.harn @ Danaher motion.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Peterson-Kruse, Inc.

By: _____ (signature)

Printed Name: Robert W. Kruse

Title: President

Company: Peterson-Kruse, Inc.

Address: ~~_____~~ P.O. Box 2631  Loves Park, IL 61132-2631


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

    Name: Burkhard Geissler
    Title:
    Company:
    Address: 6845 Weaver Road, Rockford, IL 61114
    Telephone Number:
    Facsimile Number:
    E-mail:


    Name: Robert W. Kruse
    Title: President
    Company: Peterson-Kruse, Inc.
    Address: ~~_____~~ P.O. Box 2631  Loves Park, IL 61132-2631
    Telephone Number:
    Facsimile Number:
    E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Tamms Industries

By: _____(signature)

Printed Name: Donald Andrews

Title: Managing Director

Company: Degussa UK Holdings, Ltd.

Address: 42 Brook Street, London, England W1K5DB

_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Donald J. Moran, Esq.
Title:
Company: Pederson & Houpt
Address: 161 North Clark Street, Ste. 3100, Chicago, IL 60601-3242
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: The Sherwin-Williams Co.

By: _____ (signature)

Printed Name: Louis E. Stellato

Title: Vice President, General Counsel and Secretary

Company: The Sherwin-Williams Co.

Address: 101 Prospect Ave., N.W., Cleveland, OH 44115

---

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Allen J. Danzig, Esq.
Title: Associate General Counsel
Company: The Sherwin-Williams Co.
Address: 101 Prospect Ave., N.W., Cleveland, OH 44115
Telephone Number: _____
Facsimile Number: _____
E-mail: _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Material Services Corporation, a General Dynamics Corporation

By: _____ (signature)

Printed Name: Michael J. Bernardi

Title: Vice President

Company: Material Service Corporation

Address: 222 N. LaSalle Street

Chicago, IL 60601

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: David M. Rubin, Esq.
Title: Secretary
Company: Gould & Ratner
Address: 222 N. LaSalle St., Ste. 800, Chicago, IL 60601
Telephone Number: 312-236-3003
Facsimile Number: 312-236-3241
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: _The_ Goodyear Tire & Rubber Co.


By: _Donald E. Stanley_ (signature)

Printed Name: Donald E. Stanley

Title: Vice President, Product Quality & Plant Technology

Company: The Goodyear Tire & Rubber Company

Address: 1144 East Market Street, Akron, OH 44316


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

      Name: Steven C. Bordenkircher
      Title: Attorney – D/822
      Company: The Goodyear Tire & Rubber Company
      Address: 1144 East Market Street, Akron, OH 44316
      Telephone Number:
      Facsimile Number:
      E-mail:

ATTEST: _____
ASST SECRETARY

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: North American Tool Corp.


By: _____ (signature)

Printed Name: G. Curtis Lansbery

Title: President and CEO

Company: North American Tool Corp.

Address: P.O. Box 116, 215 Elmwood Ave., South Beloit, IL  61080-0116


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Burkhard Geissler
Title:
Company:
Address: 6845 Weaver Road, Rockford, IL  61114
Telephone Number:
Facsimile Number:
E-mail:


Name: G. Curtis Lansbery
Title: President and CEO
Company: North American Tool Corp.
Address: P.O. Box 116, 215 Elmwood Ave., South Beloit, IL  61080-0116
Telephone Number:
Facsimile Number:
E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Crescent Electric Supply Co.


By: _J R Etheredge_ (signature)

Printed Name: J. R. Etheredge

Title: President

Company: Crescent Electric Supply Co.

Address: 7750 Dunleith Drive, East Dubuque, IL  61025


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: J. R. Etheredge

Title: President

Company: Crescent Electric Supply Co.

Address: 7750 Dunleith Drive, East Dubuque, IL  61025

Telephone Number:

Facsimile Number:

E-mail:

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Reliable Machine Co.

By: _Steven Yagle_ (signature)

Printed Name: Steven Yagle

Title: President

Company: Reliable Machine Co.

Address: 1327 10th Ave., Rockford, IL 61104


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: David J. Kurlinkus, Esq.
Title:
Company: Nicolosi & Associates, P.C.
Address: 363 Financial Court, Rockford, IL 61107
Telephone Number: 815 - 229- 5289
Facsimile Number: 815 - 229 - 5299
E-mail: Dave@nicolosilaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: DIXON AUTOMATIC TOOL INC.

By: _Paul J. Dixon_ (signature)

Printed Name: PAUL T. DIXON

Title: PRESIDENT

Company: DIXON AUTOMATIC TOOL INC.

Address: 2300 23RD AVENUE

ROCKFORD IL 61104

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:_____
Title:_____
Company:_____
Address:_____
Telephone Number:_____
Facsimile Number:_____
E-mail:_____

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Anderson Packaging, Inc.


_____

By: _~H Beckm_____ (signature)

Printed Name: _LARRY H. BECKMANN_____

Title: _PRESIDENT_____

Company: _ANDERSON PACKAGING INC_____

Address: _4545 ASSEMBLY DR._____

_____ROCKFORD, IL  61109_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

        Name: John J. Holevas_____

        Title:_____

        Company: Williams & McCarthy_____

        Address: 321 W. State Street, P.O. Box 219, Rockford, IL 61105-0219___

        Telephone Number:_____

        Facsimile Number:_____

        E-mail:_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Rockford Ball Screw Co.


By: _Gregg R. Harla_ (signature)

Printed Name: _Gregory R. Harlan_

Title: _President / CEO_

Company: _Rockford Ball Screw Co._

Address: _940 Southrock Dr._
_Rockford, IL 61102-2724_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Charles F. Helsten, Esq.
Title: Attorney
Company: Hinshaw & Culbertson
Address: 220 E. State St., P.O. Box 1389, Rockford, IL 61105-1389
Telephone Number: 815-963-8488
Facsimile Number: 815-965-8488
E-mail: chelsten@hinshawlaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: ___Sjostrom & Sons, Inc._____

By:_____ (signature)

Printed Name:_____Joel G. Sjostrom_____

Title:_____President_____

Company:_____Sjostrom & Sons, Inc._____

Address:_____1129 Harrison Ave., P.O. Box 5766_____

_____Rockford, IL   61125-0766_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:__Joel G. Sjostrom_____

Title:_____

Company:_____

Address:_____

Telephone Number:___8150226-0330_____

Facsimile Number:___815-226-8868_____

E-mail:_jsjostrom@sjostromconstruction.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Three Hammer Construction Co.


By: _Merle Hammack_ (signature)

Printed Name: MERLE HAMMACK

Title: VICE PRESIDENT

Company: Three Hammer Construction, Inc.

Address: 1515 Elmwood Road
Rockford, IL 61103


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Charles F. Helsten, Esq.
Title: Attorney
Company: Hinshaw & Culbertson
Address: 220 E. State St., P.O. Box 1389, Rockford, IL 61105-1389
Telephone Number: 815-963-8488
Facsimile Number: 815-965-8488
E-mail: chelsten@hinshawlaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Mid-States Concrete Products Co.

By: _Charles H Hacker_ (signature)

Printed Name: _Charles H Hacker_

Title: _PRESIDENT_

Company: _MID-STATES Concrete Product Co_

Address: _500 SOUTH PARK AVE_
_South Beloit, IL 61080_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Charles F. Helsten, Esq.
Title: Attorney
Company: Hinshaw & Culbertson
Address: 220 E. State St., P.O. Box 1389, Rockford, IL 61105-1389
Telephone Number: 815-963-8488
Facsimile Number: 815-965-8488
E-mail: chelsten@hinshawlaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: The Gates Corporation


By: _Athan A. Vinolus_ (signature)

Printed Name: Athan A. Vinolus

Title: Counsel

Company: Tompkins Law Department

Address: 6450 Poe Avenue, Suite 109, Dayton, OH 45414


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Athan A. Vinolus
Title: Counsel
Company: Tompkins Law Department
Address: 6450 Poe Ave., Ste. 109, Dayton, OH 45414
Telephone Number: 937-254-7316
Facsimile Number: 937-415-5672
E-mail: avinolus@tomkins.co.uk

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Jonco Tool, Inc.


By: _Stephen E. Johnson_ (signature)

Printed Name: Stephen Johnson

Title: President

Company: Jonco Tool, Inc.

Address: 6010 Forest Hills Road, Loves Park, IL 61130-0047


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Richard K. Van Evera
Title: Attorney
Company: Barrick, Switzer, Long, Balsley, & Van Evera

Address: 6833 Statler Drive, First Floor, Rockford, IL 61108
Telephone Number: 815-962-6611
Facsimile Number: 815-962-0687
E-mail: Rvanevera@aol.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant:   Tang Industries, Inc., on behalf of

Wilmar Processing

By: _____ (signature)

Printed Name: _____ Vytas Ambutas _____

Title: _____ General Counsel _____

Company: _____ Tang Industries, Inc. _____

Address: _____ 1965 Pratt Boulevard _____

_____ Elk Grove Village, IL   60007 _____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _____ Vytas Ambutas _____
Title: _____ General Counsel _____
Company: _____ Tang Industries, Inc. ____
Address: _____ 1965 Pratt Boulevard, Elk Grove Village, IL 60007
Telephone Number: __ (847) 806-7674 _____
Facsimile Number: __ (847) 806-7220 _____
E-mail: _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: <u>Tang Industries, Inc., on behalf of</u>

<u>Beloit Power Systems</u>

By:_____ (signature)

Printed Name:_____<u>Vytas Ambutas</u>

Title:_____<u>General Counsel</u>

Company:_____<u>Tang Industries, Inc.</u>

Address:_____<u>1965 Pratt Boulevard</u>

<u>Elk Grove Village, IL  60007</u>

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:_____<u>Vytas Ambutas</u>
Title:_____<u>General Counsel</u>
Company:_____<u>Tang Industries, Inc.</u>
Address:_____<u>1965 Pratt Boulevard, Elk Grove</u> Village, IL 60007
Telephone Number:___<u>(847) 806-7674</u>
Facsimile Number:___<u>(847) 806-7220</u>
E-mail:_____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Raymond E. DeWane


By: _Raymond E. DeWane_     _11-14-05_ (signature)

Printed Name: Raymond E. DeWane

Title: _____

Company: _____

Address: _____

_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

      Name: Thomas S. Yu

      Title: Attorney

      Company: Jeep & Blazer, L.L.C.

      Address: ~~1749 S. Naperville Road, Ste. 102, Wheaton, IL 60187~~ 24 N. Hillside, Ste A
Hillside, IL 60162

      Telephone Number: ~~630-681-2530~~ (708) 236-0830

      Facsimile Number: ~~630-690-2812~~ (708) 236-0828

      E-mail: tsyu@enviroatty.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Audrey DeWane

By: _Audrey DeWane_    _11-14-05_    (signature)

Printed Name: Audrey DeWane

Title:

Company:

Address:

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Thomas S. Yu
Title: Attorney
Company: Jeep & Blazer, L.L.C.
Address: 1749 S. Naperville Road, Ste. 102, Wheaton, IL 60187  24 N. Hillside Ave, Ste A
Telephone Number: 630-681-2530  (708) 236-0830  Hillside, IL 60162
Facsimile Number: 630-690-2812  (708) 236-0828
E-mail: tsyu@enviroatty.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Benjamin Farina


By: _Benjamin Farina_ (signature)    11/14/05    (signature)

Printed Name: Benjamin Farina

Title:

Company:

Address:


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Thomas S. Yu
Title: Attorney
Company: Jeep & Blazer, L.L.C.                     24 N. Hillside Ave, Ste A
Address: ~~1749 S. Naperville Road, Ste. 102, Wheaton, IL 60187~~ Hillside, IL 60162
Telephone Number: ~~630-681-2530~~ (708) 236-0830
Facsimile Number: ~~630-690-2812~~ (708) 236-0830
E-mail: tsyu@enviroatty.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Jean Farina


By: _Jean Farina_      11-14-05    (signature)

Printed Name: Jean Farina

Title:

Company:

Address:


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

    Name: Thomas S. Yu
    Title: Attorney
    Company: Jeep & Blazer, L.L.C.      24 N. Hillside Ave, Ste A
    Address: ~~1749 S. Naperville Road, Ste. 102, Wheaton, IL 60187~~ Hillside, IL 60162
    Telephone Number: ~~630-681-2530~~ (708) 236-0830
    Facsimile Number: ~~630-690-2812~~ (708) 236-0828
    E-mail: tsyu@enviroatty.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: LAE, Inc.

By: _Raymond E. DeWane_ _11-14-05_ (signature)

Printed Name: Raymond E. DeWane

Title: President

Company: _L.A.E. INC._

Address: _P.O. Box 134_
_Belvidere, Ill. 61008_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Thomas S. Yu
Title: Attorney
Company: Jeep & Blazer, L.L.C. _24 N. Hillside Ave, Ste A_
Address: ~~1749 S. Naperville Road, Ste. 102, Wheaton, IL 60187~~ _Hillside, IL 60162_
Telephone Number: ~~630-681-2530~~ _(708) 236-0830_
Facsimile Number: ~~630-690-2812~~ _(708) 236-0828_
E-mail: tsyu@enviroatty.com

# EXHIBIT F

## MUNICIPAL SETTLING DEFENDANTS

| Municipal Settling Defendant | Buyout Amount ($) |
|---|---|
| City of Beloit, Wisconsin | 300,000 |
| Rockford School District No. 205, Winnebago-Boone Counties, Illinois | 93,000 |
| City of Evansville, Wisconsin | 45,000 |
| Village of Rockton, Illinois | 35,000 |
| Village of Hampshire, Illinois | 35,000 |
| City of South Beloit, Illinois | 30,000 |
| Village of Orfordville, Wisconsin | 30,000 |
| Village of Roscoe, Illinois | 25,000 |
| City of Rockford, Illinois, a Municipal Corporation (including Rockford Public Library); Rockford Housing Authority; Rock River Water Reclamation District | 25,000 |
| City of Genoa, Illinois | 23,000 |
| Village of Footville, Wisconsin | 19,800 |
| City of Harvard, Illinois | 15,000 |
| Village of Machesney Park, Illinois | 10,000 |
| Vilage of Kingston, Illinois | 5,000 |

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: City of Beloit, Wisconsin

By: _____ (signature)

Printed Name: Larry N. Arft

Title: City Manager

Company: City of Beloit, Wisconsin

Address: 100 State Street, Beloit, WI 53511


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

    Name: Larry N. Arft
    Title: City Manager
    Company: City of Beloit, Wisconsin
    Address: 100 State Street, Beloit, WI 53511
    Telephone Number:   608-364-6614
    Facsimile Number:   608-364-6756
    E-mail:   arft1@ci.beloit.wi.us


    Name: William J. Mulligan
    Title:
    Company: Davis & Kuelthau, s.c.
    Address: 111 E. Kilbourn Ave., Ste. 1400, Milwaukee, WI 53202
    Telephone Number:  (414) 225-1429
    Facsimile Number:  (414) 278-3629
    E-mail: wmulligan@dkattorneys.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Board of Education of Rockford School District No. 205

Winnebago-Boone Counties, Illinois

By: _____ (signature)

Printed Name: Nancy Kalchbrenner

Title: President

Company: _____

Address: _____


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Thomas A. Bueschel
Title: _____
Company: _____
Address: 120 West State Street, Ste. 400, Rockford, IL 61101
Telephone Number: _____
Facsimile Number: _____
E-mail: _____


Name: Stephen G. Katz
Title: General Counsel
Company: _____
Address: 201 South Madison Street, Rockford, IL 61104
Telephone Number: _____
Facsimile Number: _____
E-mail: _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: City of Evansville, Wisconsin

By: *Janis Ringhand* (signature)

Printed Name: Janis Ringhand

Title: Mayor

Company: City of Evansville, Wisconsin

Address: 31 Madison Street, Evansville, WI  53536


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Mark D. Kopp
Title: City Attorney
Company: Consigny, Andrews, Hemming & Grant, S.C.
Address: 303 East Court Street, P. O. Box 1449, Janesville, WI  53547-1449
Telephone Number: (608) 755-5050
Facsimile Number: (608) 755-5057
E-mail: mkopp@janesvillelaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: ___Village of Rockton, Illinois___

By: _____ (signature)

Printed Name: _Dale Adams_

Title: _Mayor of Rockton_

Company: _____

Address: _____

_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: ___DALE ADAMS___
Title: ___MAYOR___
Company: ___VILLAGE OF ROCKTON___
Address: ___110 E. MAIN STREET - ROCKTON, IL   61072___
Telephone Number: ___815-624-7600___
Facsimile Number: ___815-624-0418___
E-mail: ___mayrodadams@msn.com___

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Village of Hampshire, Illinois

By: _Jeffrey R Magnussen_ (signature)
Printed Name: _Jeffrey R. Magnussen_
Title: _Village President_
Company: _Village of Hampshire_
Address: _234 S. State Stree_
_Hampshire, IL 60140_

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Mark Schuster
Title: Attorney
Company: Schnell, Bazos, Freeman, Kramer, Schuster & Vanek
Address: 1250 Larken Ave. #100, Elgin, Illinois 60123
Telephone Number: 847-742-8800
Facsimile Number: 847-742-9777
E-mail: mschuster@sbfklaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant:   City of South Beloit, Illinois

By: _Randy Kirichkow_____ (signature)

Printed Name:___Randy Kirichkow_____

Title:__Mayor of South Beloit_____

Company:___City of South Beloit_____

Address:___519 Blackhawk Blvd._____

_____South Beloit IL 61080_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: _Jeff Livingston_____

Title:_City Attorney_____

Company: _Vella & Lund_____

Address: _634 Blackhawk Blvd S. Beloit IL 61080_

Telephone Number: _815-389-2209_____

Facsimile Number:___815-389-9262_____

E-mail:_____

- 72 -

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Village of Orfordville, Wisconsin

By: _____ (signature)

Printed Name: David Olsen

Title: Village President

Company: Village of Orfordville

Address: P.O. Box 409, Orfordville, WI 53576


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Kenneth Forbeck, Esq.
Title: Attorney
Company: Forbeck, Elliott & Monahan, S.C.
Address: 413 State Street, Beloit, WI 53511
Telephone Number: 608/362-8086
Facsimile Number: 608/362-7880
E-mail: Forbecklaw@inwave.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Village of Roscoe, Illinois

By:_____(signature)

Printed Name: H. Ward Sterett

Title: President

Company: Village of Roscoe, Illinois

Address: 10631 Main Street, Roscoe, IL  61073

---

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: David J. Kurlinkus, Esq.
Title: Village Attorney
Company: Nicolosi & Associates, P.C.
Address: 363 Financial Court, Rockford, IL  61107
Telephone Number: 815 - 229 - 5769
Facsimile Number: 815 - 229 - 5799
E-mail: Dave@nicolosilaw.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant:     City of Rockford, a Municipal Corporation

_____ (Including Rockford Public Library) _____

By:_____ *Ronald N Schultz* _____ (signature)

Printed Name:_____ Ronald N. Schultz _____

Title:_____ City Attorney & Authorized Agent _____

Company:_____ City of Rockford _____

Address:_____ 425 East State Street _____

_____ Rockford, Illinois 61104 _____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:__ Patrick W. Hayes _____
Title:___ Legal Director _____
Company:_ City of Rockford _____
Address:_ 425 East State Street _____
Telephone Number:_ 815/987-5551 _____
Facsimile Number:__ 815/967-6949 _____
E-mail:___ patrick.hayes@ci.rockford.il.us _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: __Rockford Housing Authority__

By: _____ _Llol N S_____ (signature)

Printed Name:____Ronald N. Schultz_____

Title:_____City Attorney & Authorized Agent_____

Company:_____City of Rockford_____

Address:_____425 East State Street_____

_____Rockford, Illinois 61104_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:____Thomas O. Meyer_____

Title:____Attorney_____

Company:__Meyer & Horning_____

Address:____3400 North Rockton Avenue____

Telephone Number:__815/636-9300_____

Facsimile Number:_____

E-mail:____Tommeyerhorning@aol.com____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Rock River Water Reclamation District

By: _(signature)_

Printed Name: William J. Howard

Title: Attorney for Rock River Water Reclamation District

Company: Law Offices of William J. Howard

Address: 308 West State Street, Suite 485, Rockford, IL 61101

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Lloyd Hawks
Title: Treasurer
Company: Rock River Water Reclamation District
Address: 2212 Clover Avenue, Rockford, IL 61102
Telephone Number: (815) 964-4321
Facsimile Number:
E-mail:

A copy of Service shall be sent to:

Name: Steve Graceffa
Title: District Director
Company: Rock River Water Reclamation District
Address: 3333 Kishwaukee Street, Rockford, IL 61109
Telephone Number: (815) 387-7400
Facsimile Number: (815) 387-7595
E-mail: sgraceffa@rrwrd.dst.il.us

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: <u>City of Genoa, Illinois</u>

By: _____ (signature)

Printed Name: <u>   Todd Walker   </u>

Title: <u> Mayor of Genoa </u>                                            ✓

Company: _____

Address: <u>113 N GENOA ST</u>

<u>GENOA  IL  60135</u>

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: <u>JACK C. SLINGERLAND</u>
Title: <u>CITY ATTORNEY</u>
Company: <u>Gallagher & Slingerland</u>
Address: <u>114 W STATE ST    SYCAMORE IL</u>
Telephone Number: <u>815 895 5141</u>
Facsimile Number: <u>815 895 8567</u>
E-mail: _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.

Name of Settling Defendant: Village of Footville, Wisconsin

By: *Gary Selck* / *Marian Vogel* (signature)

Printed Name: Gary Selck / Marian Vogel

Title: Village President / Village Clerk

Company: Village of Footville, Wisconsin

Address: 156 Depot Street, Footville, Wisconsin, 53537

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Thomas J. Basting, Sr., Esq.
Title: Attorney for Village of Footville, Wisconsin
Company: Brennan, Steil & Basting, S.C.
Address: 22 E. Mifflin St., Ste. 400, P.O. Box 990, Madison, WI 53701
Telephone Number: (608) 251-7770
Facsimile Number: (608) 251-6626
E-mail: tbasting@brennansteil.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: City of Harvard, Illinois _____

_____

By: _____ (signature)

Printed Name: Jay Nolan _____

Title: Mayor _____

Company: City of Harvard, Illinois _____

Address: 201 W. Front Street, P.O. Box 310, Harvard, IL 60033 _____

_____

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: David McArdle _____
Title: _____
Company: Zukowski, Rogers, Flood & McArdle _____
Address: 50 Virginia, Crystal Lake, IL 60014 _____
Telephone Number: _____
Facsimile Number: _____
E-mail: _____


Name: David Nelson _____
Title: City Administrator _____
Company: City of Harvard, Illinois _____
Address: 201 W. Front Street, P.O. Box 310, Harvard, IL 60033 ____
Telephone Number: _____
Facsimile Number: _____
E-mail: _____

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: Village of Machesney Park, Illinois

By: *Linda M Vaughn* (signature)

Printed Name: Linda Vaughn

Title: Mayor

Company:

Address: 300 Machesney Road, Machesney Park, Illinois 61115


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name: Thomas A. Green
Title: Attorney
Company: Barrick, Switzer, Long, Balsley & Van Evra

Address: 6833 Stalter Dr., 1st Floor, Rockford, IL 61108-2579
Telephone Number: 815-962-6611
Facsimile Number: 815-962-0687
E-mail: tgreen@bslbv.com

THE UNDERSIGNED PARTY enters into this Consent Decree in the matter of People of the State of Illinois v. BFI Waste Systems of North America, Inc., et al., relating to the MIG/DeWane Landfill Superfund Site.


Name of Settling Defendant: ___Village of Kingston_____

By:_____(signature)

Printed Name: ___John Munro_____

Title:_____Village President_____

Company: _Village of Kingston_____

Address: _101 E. Railroad Street, Kingston IL 60145_____


Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Name:___Kevin E. Buick_____
Title:___Village Attorney_____
Company:_Cliffe, Foster, Corneille & Buick
Address:_331 W. State Street, Sycamore, IL 60178
Telephone Number:__815/ 895-7411_____
Facsimile Number:___815/ 895-7655_____
E-mail:__k-buick@cfcbb.com_____